FILED

2003 OCT 24  A 9: 49

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES, ADMINISTRATOR, RALPH K. HAYES ) ) | CIVIL ACTION NO. 3:00 - CV - 1504 (AWT) |
| Plaintiff, ) ) | |
| VS. ) ) | |
| INVIGORATE INTERNATIONAL, ET AL. ) ) | October 23, 2003 |
| Defendants. ) | |

### MOTION TO TRANSFER PURSUANT TO 28 U.S.C. §1404 (a)

The Plaintiff, Ralph Hayes, Administrator for the Estate of Andrew Hayes, respectfully moves this Court, pursuant to 28 U.S.C. §1404 (a) to transfer this case to the United States District Court to the Eastern District of Pennsylvania ("Eastern District of Pennsylvania"), and in support thereof states as follows:

1. This Motion is contingent upon the Court granting the Plaintiff's Motion to Open the Judgment of Dismissal, which judgment was entered without prejudice. The Plaintiff will consent to a transfer of this action to the Eastern District of Pennsylvania provided that the entire action is transferred including the claims against Paramount Health and Fitness.

2. Upon best information and belief, the Defendant, Paramount Health and Fitness, is one of the few Defendants that has insurance coverage pertaining to the subject

matter of this action and therefore it is important that the Plaintiff pursue this action against Paramount Health & Fitness.

3.  It is more costly for the Plaintiff to have two (2) separate actions, one pending in Connecticut and one pending in Pennsylvania pertaining to the core of operative facts relating to this claim. In addition, the parents of the descendent will be subject to unnecessary stress by having two (2) cases litigated in separate forums.

Therefore, for these reasons and those discussed in greater detail in the attached Memorandum of Law, the Plaintiff respectfully requests that if the Motion to Set Aside the Dismissal is granted, that the Court thereafter transfer this action to the United States District Court for the Eastern District of Pennsylvania. The Plaintiff also notes that it would consent to mediation in either the District of Connecticut or the Eastern District of Pennsylvania at time deemed appropriate by the court.

>                               Respectfully submitted,
>                               THE PLAINTIFF
>
>                               By_____
>                               Ralph J. Monaco, Esq.
>                               CT-13306
>                               Of Conway & Londregan, P.C.
>                               38 Huntington St., P.O. Box 1351
>                               New London, CT 06320-1351
>                               860-447-3171 / FAX 860-444-6103
>                               His Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this 23nd day of October, 2003:

David Ng, Esq.
Karllson & Ng
305 Broadway, Suite 3101
New York, NY 10007
Attorney for Murray Wichard

Brett J. Riegel, Esq.
Amori & Riegel, LLC
717 Sarah Street
Stroudsburg, PA 18360
Attorney for JNG Sports Supp.

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517
Attorneys for Defendant, Cabot Industries, LLC

Warren Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
Attorneys for Defendant, Paramount Health and Fitness, Inc.

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013
Attorneys for Defendant, JBN Enterprises, Inc.

C. Thomas Furniss, Esq.
Furniss & Quinn, P.C.
248 Hudson Street
Hartford, CT 06106
Attorney for Lester Caesar and Marie Berringer (non-parties)

_____
Ralph J. Monaco, Esq.