FILED

2003 OCT 24  A 9: 49

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES, ) <br> ADMINISTRATOR, RALPH K. HAYES ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> INVIGORATE INTERNATIONAL, INC., ) <br> CABOT INDUSTRIES, LLC., ) <br> PARAMOUNT HEALTH & FITNESS, ) <br> INC., JBN ENTERPRISES, INC. and ) <br> JNG SPORTS SUPPLEMENTS ) <br> DISTRIBUTORS, INC. ) <br> Defendants. ) | CIVIL ACTION NO. <br> 3:00 - CV - 1504 (AWT) <br><br> OCTOBER 23, 2003 |

## MOTION TO SET ASIDE DISMISSAL

The Plaintiff, Ralph Hayes, as Administrator for the Estate of his son Andrew Hayes, respectfully requests that this court set aside the dismissal of the action as to Paramount Health and Fitness that was ordered on or about September 23, 2003.

On September 23, 2003, the court indicated in a telephone conference with counsel that it would enter the dismissal **without prejudice** to allow the Plaintiff the opportunity to re-open the dismissal and move to transfer the action to the United States District Court for the Eastern District of Pennsylvania. On even date, the Plaintiff also has moved that the entire action be transferred to the federal court in Pennsylvania if the subject Motion to Set Aside the Dismissal is granted.

This case involves the tragic death of a 20-year old in Connecticut. In the interests of avoiding duplicate trials in Connecticut and Pennsylvania, and of causing the decedent's parents and family to endure two trials, the Plaintiff requests that this dismissal be set aside and Paramount Health and Fitness be made a defendant to the action, so that the entire case may be transferred to Pennsylvania.

Respectfully submitted,
THE PLAINTIFF

By: _____
Ralph J. Monaco, Esq.
Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington St., P.O. Box 1351
New London, CT 06320-1351
860-447-3171 / FAX 860-444-6103
His Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on this ____ day of October, 2003:

| | |
|---|---|
| David Ng, Esq.<br>Karllson & Ng<br>305 Broadway, Suite 3101<br>New York, NY 10007<br>Attorney for Murray Wichard | Brett J. Riegel, Esq.<br>Amori & Riegel, LLC<br>717 Sarah Street<br>Stroudsburg, PA 18360<br>Attorney for JNG Sports Supp. |

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517
Attorneys for Defendant, Cabot Industries, LLC

Warren Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
Attorneys for Defendant, Paramount Health and Fitness, Inc.

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013
Attorneys for Defendant, JBN Enterprises, Inc.

C. Thosmas Furniss, Esq.
Furniss & Quinn, P.C.
248 Hudson Street
Hartford, CT 06106
Attorney for Lester Caesar and Marie Berringer (non-parties)

_____
Ralph J. Monaco, Esq.