UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 20 P 2: 42

U.S. DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES,<br>ADMINISTRATOR, RALPH K. HAYES | : CIVIL ACTION<br>No. 3:00 CV1504 (AWT) |
| V. | |
| INVIGORATE INTERNATIONAL, INC.<br>ET AL | : OCTOBER 20, 2003 |

## APPEARANCE

Please enter my Appearance for Marie Beringer in this matter.

C. Thomas Furniss,
Fed Bar #ct00028

Furniss & Quinn, P.C.
248 Hudson Street
Hartford, CT 06106

Tel. (860) 527-2245

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed by first class mail, postage prepaid, to each of the following on this 20th of October, 2003:

Hon. Alvin W. Thompson
U S District Judge
450 Main St.
Hartford CT 06103


Ralph J. Monaco Esq.
Conway & Londregan P.C.
38 Huntington St.
New London CT 06320


Rocco Conte Esq.
O'Connor McGuinness et al
One Barker Ave Suite 675
White Plains NY 10601


Joanathan D. Bercham Esq.
Bercham Moses & Devlin PC
75 Broad St
Milford CT 06460


Leonard N. Zito Esq.
Zito Martino and Karasek
641 Market St
Bangor, Northampton County, PA 18013

                                                                            C. Thomas Furniss

# FURNISS & QUINN, P.C.
Attorneys at Law

C. Thomas Furniss
John J. Quinn
Joseph P. Quinn Jr.
James M. Quinn
James F. Aspell

Stoneleigh Building
248 Hudson St.
Hartford, Connecticut 06106
(860) 527-2245
FAX (860) 241-1032
e-mail: c.thomas.furniss@snet.net
web site: www.fqlaw.net

October 20, 2003

Clerk
U S District Court
450 Main St.
Hartford CT 06103

RE:   CV 3:00 CV1504 (AWT)
      Estate of Andrew W. Hayes v. Invigorate International, Inc. et al

[Hand-delivered 10/20/03]

Dear Sirs/Mesdames:

I am enclosing Appearances in this matter for Marie Beringer and Lester Caesar, each of whom is a non-party witness who was the subject of a subpoena duces tecum issued by this Court for attendance at a Deposition on July 11, 2003 in New York City; and each of whom is the subject of a Motion for Contempt and Capias Order dated August 12, 2003 based on her and his respective non-attendance at said Depositions.

Within the next two to three days, I will be filing objections to the Motion for Contempt and to the Subpoenas themselves based, in part, on the proposition that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, a District Court in one District cannot issue a subpoena duces tecum to a non-party for the production of documents located in another District.

Very sincerely,

C. Thomas Furniss
CTF/sj

cc: Counsel per service list
    Hon. Alvin W. Thompson

C:\CTFurniss\AmerFitn.ClerkLtr.doc