UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV 19 P 2: 27

US DISTRICT COURT
HARTFORD CT

ESTATE OF ANDREW W. HAYES,
ADMINISTRATOR, RALPH K. HAYES

: CIVIL ACTION
 No. 3:00 CV1504 (AWT)

V.

INVIGORATE INTERNATIONAL, INC.
ET AL

: NOVEMBER 18, 2003

## APPEARANCE

Please enter my Appearance for American Fitness Beverage Wholesalers Ltd. in this matter.

C. Thomas Furniss,
Fed Bar #ct00028

Furniss & Quinn, P.C.
248 Hudson Street
Hartford, CT 06106

Tel. (860) 527-2245

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed by first class mail, postage prepaid, to each of the following on this 18th of November, 2003:

Hon. Alvin W. Thompson
U S District Judge
450 Main St.
Hartford CT 06103


Ralph J. Monaco Esq.
Conway & Londregan P.C.
38 Huntington St.
New London CT 06320


Rocco Conte Esq.
O'Connor McGuinness et al
One Barker Ave Suite 675
White Plains NY 10601


Jonathan D. Bercham Esq.
Bercham Moses & Devlin PC
75 Broad St
Milford CT 06460


Leonard N. Zito Esq.
Zito Martino and Karasek
641 Market St
Bangor, Northampton County, PA 18013

C. Thomas Furniss