FILED

2003 DEC -3  P 1: 59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES, ADMINISTRATOR, RALPH K. HAYES<br>Plaintiff | : CIVIL ACTION<br>: No. 3:00 CV 1504 (AWT)<br>: |
| v. | : |
| INVIGORATE INTERNATIONAL, INC. ET AL.<br>Defendants | :<br>:<br>: DECEMBER 2, 2003 |

### APPEARANCE

Please enter the appearance of the undersigned as counsel for **American Fitness Beverage Wholesalers, Ltd.** in the above-captioned matter.

AMERICAN FITNESS BEVERAGE
WHOLESALERS, LTD.

By  _/s/ Andrew J. O'Keefe_
Andrew J. O'Keefe
O'Keefe, Phelan & Jackson
36 Russ St.
Hartford CT 06106
(860) 278-4040
Fed. Bar #CT 05585

## CERTIFICATION

This will hereby certify that the foregoing was mailed postage prepaid to the following the 2nd day of December 2003:

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington St., PO Box 1351
New London, CT 06320
860-447-3171
[Andrew W. Hayes Ralph K. Hayes]

Patrick J. Day, Esq.
Conway & Londregan
38 Huntington St., PO Box 1351
New London, CT 06320
860-447-3171
[Andrew W. Hayes]

Rocco Conte, Esq.
O'Connor, McGuinness, Conte, Doyle & Oleson
One Barker Ave., Ste.675
White Plains, NY 10601
914-948-4500
[Invigorate Int'l, Inc.; Cabot Ind., LLC]

Jonathan David Berchem, Esq.
Berchem, Moses & Devlin, PC
75 Braod Street
Milford, CT 06460
203-783-1200
[Paramount Health, Paramount Health & Fitness,

Thomas Galvin Cotter, Esq.
Berchem, Moses & Devlin, PC
75 Braod Street
Milford, CT 06460
203-783-1200
[Paramount Health, Paramount Health & Fitness, Inc.]

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, PC
75 Broad Street
Milford, CT 06460
203-783-1200
[Paramount Health, Paramount Health & Fitness,

C. Thomas Furniss, Esq.
Furniss & Quinn
248 Hudson Street
Hartford, T 06106
860-527-2245
[Marie Beringer; Lester Caesar]

BY _Andrew J. O'Keefe_
Andrew J. O'Keefe