A

COPY                                                           Page 1

```
 1
 2                      UNITED STATES DISTRICT COURT
 3                        DISTRICT OF CONNECTICUT
 4   ESTATE OF ANDREW W. HAYES,        )
 5   Administrator, RALPH K. HAYES,    )
 6              Plaintiff,             )
 7              vs.                    )  3:00-CV-1504(AWT)
 8   INVIGORATE INTERNATIONAL,         )
 9   INC., CABOT INDUSTRIES,           )
10   LLC., PARAMOUNT HEALTH &          )
11   FITNESS, INC., and JBN            )
12   ENTERPRISES, INC.,                )
13              Defendants.            )
14   ----------------------------------)
15
16
17
18            DEPOSITION OF JAMES CODOMO
19                 New York, New York
20              Wednesday, June 11, 2003
21
22
23   Reported by:
24   ANGELA LANZILOTTA
25   JOB NO. 149598
```

Page 2

1
2
3
4
5
6                    June 11, 2003
7                     3:15 p.m.
8
9          Deposition of JAMES CODOMO, held at
10   the offices of Esquire Deposition Services,
11   216 East 45th Street, 8th Floor, New York,
12   New York, pursuant to Order, before
13   Angela Lanzilotta, a Notary Public of
14   the State of New York.
15
16
17
18
19
20
21
22
23
24
25

1                          Codomo
2     answers accurately.
3              Finally, if you need at any time to take
4     a break or consult with your counsel or any other
5     reason, please let my know and I will be happy to
6     accommodate you.
7          A.    Okay.
8          Q.    If you don't understand my question, and
9     I don't always ask the best question, please ask me
10    to rephrase it and I'll rephrase it to clarify the
11    question.
12         A.    Okay.
13         Q.    Can you tell me, sir, how you are
14    associated with Cabot Industries?
15              MR. CONTE:   Note my objection to the
16         form of the question.
17         A.    I was a member of the LLC.
18         Q.    What is Cabot Industries?
19         A.    Cabot Industries is a distributor -- was
20    a distributor.
21         Q.    What type of product did it distribute?
22         A.    A product called Invigorate.
23         Q.    Did it distribute any other products?
24         A.    No.
25         Q.    Do you know when Cabot Industries was

                                                                Page 8
1                          Codomo
2   formed?
3       A.    January of '99.
4       Q.    Who were the other members of Cabot
5   Industries?
6       A.    One other member, Bruce SAper.
7       Q.    Can you spell his last name, please?
8       A.    S-a-p-e-r.
9       Q.    What was the business address of Cabot
10  Industries?
11      A.    72A Cabot Street, West Babylon, New York
12  11704.
13      Q.    Is Cabot Industries currently in
14  existence?
15      A.    No.
16      Q.    When was the company dissolved?
17      A.    I'm going to say by June of '99.
18      Q.    Who decided to dissolve the corporation?
19      A.    Well, I don't know if we actually
20  dissolved it.  It didn't do any business after
21  June of '99.
22      Q.    Based on your testimony, then, I would
23  assume that the company did do business between
24  January of '99 and June of '99?
25      A.    Up until probably May.

```
 1                         Codomo
 2        Q.    Did Cabot Industries at any point in
 3   time have any employees?
 4        A.    No.
 5        Q.    Was Cabot Industries licensed to do
 6   business in the State of New York?
 7        A.    Yes.
 8        Q.    Who was the attorney who prepared the
 9   LLC., document?
10        A.    William DiCandido.
11        Q.    Where is Mr. DiCandido's office?
12        A.    I think in Queens.
13        Q.    Did you or Mr. Saper ever take any type
14   of distribution or income from Cabot Industries?
15        A.    We filed a --
16              MR. CONTE:  I think he asked if you
17        received pay.
18        Q.    As a member I'm asking if you received a
19   distribution?
20              MR. CONTE:  Any compensation.
21        A.    I don't really recall.
22        Q.    Do you recall if Cabot Industries, LLC.,
23   ever filed any tax returns?
24        A.    Yes.
25        Q.    Did it file tax returns?
```

```
                                                              Page 10
 1                         Codomo
 2      A.    Yes.
 3      Q.    For what year?
 4      A.    1999.
 5      Q.    What governmental entities did it file
 6 tax returns?  In other words, federal, state?
 7      A.    I would think both.
 8      Q.    Did it file federal or state tax returns
 9 at any time subsequent to '99?
10      A.    No.
11      Q.    How did Cabot Industries come about? How
12 was the concept originated?  Was it your idea? Was
13 it Mr. Saper's idea?  Can you tell me how it
14 originated?
15      A.    It originated with the idea of
16 distributing this product Invigorate to other
17 distributors around the country.
18      Q.    Have you ever had any affiliation with
19 Invigorate International Incorporated?
20      A.    We bought products from them, yes.
21            MR. CONTE:   Can I hear the question
22      again?
23            (Record read).
24      Q.    Have you or Mr. Saper, to your
25 knowledge, ever owned shares in Invigorate
```

```
                                                              Page 13
 1                        Codomo
 2   professional time?
 3       A.    Yes.
 4       Q.    Is that a full endeavor for you?
 5       A.    Yes.
 6       Q.    Are you an employee of that company?
 7       A.    Yes.
 8       Q.    What other employees are there?
 9       A.    There's probably -- I'm going to guess,
10   somewhere between 12 and 15.
11       Q.    Was there ever a relationship between
12   Cabot Industries and American Fitness Beverage?
13       A.    No.
14       Q.    What section of 72A Cabot Street did
15   American Fitness Beverage occupy, and what section
16   did Cabot Industries occupy?
17       A.    Cabot was a very small part of it.  I
18   couldn't give you the square feet.
19       Q.    Has American Fitness Beverage ever
20   distributed Invigorate?
21       A.    Yes.
22       Q.    When has it distributed Invigorate?
23       A.    In '99. Sometimes in the early part of
24   the year.
25       Q.    What was the purpose of having
```

Page 14

1         Codomo
2  Invigorate distributed both by American Fitness
3  Beverage and Cabot?
4      A.    American Fitness distributed in the
5  local five boroughs and in Suffolk and Nassau
6  County.
7      Q.    Cabot was supposed to distribute it
8  outside of those areas?
9      A.    Yes.
10     Q.    The product involved in this case was
11 Invigorate, and if I tell you that it was sold in
12 Pennsylvania -- from a store in Pennsylvania, would
13 that exclude the possibility that American Fitness
14 Beverage could have distributed it to someone in
15 Pennsylvania?
16     A.    Yes, they could not have.
17     Q.    What was the purpose of having one
18 company just distributing in the five boroughs and
19 Suffolk and Nassau County and other companies
20 distributing outside that area?
21     A.    We never went outside the area before so
22 I wanted to set up a company that would distribute
23 to other distributors.  Not to retailers or health
24 food stores and things like that.  Just to other
25 distributors.

Page 15

1                         Codomo

2     Q.    Why not do it through American Fitness
3  Beverage?
4     A.    Well, we had probably plans of doing
5  that with other products. You know, on a national
6  basis, but never got to that.
7     Q.    What other products were you thinking
8  of?
9     A.    Whatever could be distributed to other
10 distributors.
11    Q.    Why did Cabot only have one product to
12 distribute it?
13    A.    It's the only product we started with.
14    Q.    Did American Fitness distribute other
15 products?
16    A.    Yes.
17    Q.    In addition to Invigorate?
18    A.    Yes.
19    Q.    Approximately how many products in '99
20 would American Fitness have been distributing?
21    A.    Well, I manufactured to -- I don't know,
22 maybe eight to ten or twelve different
23 manufacturers.
24    Q.    Were any of the products that American
25 Fitness distributed in 1999 manufactured by the

Page 27

1                    Codomo
2   American Fitness Beverage?
3       A.    No.
4       Q.    The location at 72A Cabot Street is
5   solely wholesale?
6       A.    Wholesale, yes.
7       Q.    At the present time where do you
8   distribute your products in terms of geography?
9   What states do you distribute your products in?
10      A.    All of the five boroughs, Suffolk and
11  Nassau County, New Jersey, part of Connecticut and
12  Massachusetts.  There maybe other places, but
13  that's really the bulk of it.
14      Q.    With regard to Cabot, what state did you
15  distribute Invigorate in for Cabot?
16      A.    As I recall -- this is from memory,
17  Massachusetts, Pennsylvania, Ohio, South Carolina,
18  Virginia, New Jersey, maybe Illinois.  I think we
19  had an account there.
20      Q.    Did Cabot distribute any products in
21  Connecticut?
22      A.    I don't think so.
23      Q.    Is there a possibility that Cabot did
24  distribute in Connecticut?
25            MR. CONTE:  Note my objection to the

Page 60

1                           Codomo
2    money?
3         A.    I don't believe so.
4         Q.    Did Cabot Industries have its own bank
5    account?
6         A.    Yes.
7         Q.    What bank was it with?
8         A.    Citibank.
9         Q.    What branch?
10        A.    In Deer Park. I think it was EAB and
11   then Citibank bought them, yes.
12        Q.    Is it now a Citibank?
13        A.    It's now a Citibank.
14        Q.    Do you have any of the bank statements?
15        A.    No.
16        Q.    Do you know where those statements are?
17        A.    No idea.
18        Q.    How did Cabot begin its business without
19   any money?
20        A.    Invigorate supplied me with the product,
21   and as I sold it, I paid Invigorate.
22        Q.    Did you have any lease between Cabot and
23   American Fitness for use of that space?
24        A.    I don't recall that.
25        Q.    Was there any arrangement whereby Cabot