56

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ESTATE OF ANDREW W. HAYES, )
ADMINISTRATOR, RALPH K. HAYES )              **CIVIL ACTION NO.**
                                        )              **3:00 - CV - 1504 (AWT)**
          **Plaintiff,**                )
                                        )
**VS.**                                 )
                                        )
**INVIGORATE INTERNATIONAL, INC.,**     )
**CABOT INDUSTRIES, LLC.,**             )
**PARAMOUNT HEALTH AND FITNESS,**       )
**INC., JBN ENTERPRISES, INC. and**     )              **October 22, 2003**
**JNG SPORTS SUPPLEMENT**               )
**DISTRIBUTORS, INC.**                  )
                                        )
**Defendants.**                         )

## MOTION TO JOIN PARTY DEFENDANT

Pursuant to Rule 20 of the Federal Rules of Civil Procedure, the Plaintiff in the above-captioned matter hereby moves this Court to join **Just Natural Growth Sports Supplement Distributors, Inc. (hereinafter "Just Natural Growth") and American Fitness Beverage Wholesalers Ltd. (hereinafter "AFB")** as party defendants to this action. The Plaintiff notes that this is a "permissive joinder" under Rule 20 and not a "discretionary joinder" under Rule 19. The reasons for this motion are as follows:

1. The subject matter is a wrongful death product liability action pursuant to the Connecticut Product Liability Act. The Plaintiff has brought suit against five parties thus far. Defendant Invigorate International is the manufacturer of the product. Defendant Cabot

GRANTED, in part and DENIED, in part. The motion is granted as to Just Natural Growth Sports Supplement Distributors, Inc. which is hereby joined as a defendant, and the plaintiff shall file forthwith a Fourth Amended Complaint complying with F.R. Civ. P. 10(a). The motion is denied as to American Fitness Beverage Wholesalers Ltd. ("AFB") without prejudice to renewal if the plaintiff submits evidence demonstrating that AFB was in fact the alter ego of Cabot Industries, LLC during the relevant time period. It is so ordered.

Alvin W. Thompson, U.S.D.J.     Hartford, CT  2/5/2003