**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
ESTATE OF ANDREW W. HAYES,     :
ADMINISTRATOR, RALPH K. HAYES  :
                               :
     Plaintiff,                :
                               :
v.                             :    Civil No. 3:00CV01504 (AWT)
                               :
INVIGORATE INTERNATIONAL,      :
INC., CABOT INDUSTRIES, LLC,   :
PARAMOUNT HEALTH & FITNESS     :
INC., JBN ENTERPRISES, INC.    :
and JNG SPORTS SUPPLEMENTS      :
DISTRIBUTORS, INC.             :
                               :
     Defendants.               :
------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's Motion to Set Aside Dismissal (Doc. #59) is hereby GRANTED.  The court's order granting, without prejudice, Paramount Health & Fitness, Inc.'s motion to dismiss (Doc. #42) is hereby VACATED and that motion is hereby DENIED.

It is so ordered.

Dated this 5TH day of February, 2004, at Hartford, Connecticut.

_____/s/_____
     Alvin W. Thompson
United States District Judge