B

UNITED STATES DISTRICT COURT  
DISTRICT OF CONNECTICUT

CIVIL ACTION NO.  
3:00-CV-1504 (AWT)

ESTATE OF ANDREW W. HAYES,  
ADMINISTRATOR, RALPH K. HAYES

Plaintiff(s) Petitioner(s)

Against

INVIGORATE INTERNATIONAL, INC.  
CABOT INDUSTRIES, LLC.,  
PARAMOUNT HEALTH & FITNESS,  
INC., AND JBN ENTERPRISES, INC.

AFFIDAVIT  
OF  
SERVICE

Defendant(s) Respondent(s)

STATE OF CONNECTICUT, COUNTY OF: New Haven    ss:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at: 1265 Broadway, Suite 421, New York, New York 10001

On April 15, 2003 at 10:45 A.M. at Cabot Industries, LLC. 72A Cabot Street, West Babylon, New York 11704

Deponent served the within NOTICE OF DEPOSITION and SUBPOENA DUCES TECUM on James Codoma (Respondent)

INDIVIDUAL

By delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said recipient therein.

DESCRIPTION

| | | | | | | |
|---|---|---|---|---|---|---|
| X Male | X White Skin | _ Black Hair | _ White Hair | _ 14-20 Yrs. | _ Under 5' | _ Under 100 Lbs. |
| _ Female | _ Black Skin | _ Brown Hair | _ Balding | _ 21-35 Yrs. | _ 5'0"-5'3" | _ 100-130 Lbs. |
| | _ Yellow Skin | _ Blonde Hair | _ Mustache | X 36-50 Yrs. | X 5'4"-5'8" | _ 131-160 Lbs. |
| | _ Brown Skin | X Gray Hair | _ Beard | _ 51-65 Yrs. | _ 5'9"-6'0" | X 161-200 Lbs. |
| | _ Red Skin | _ Red Hair | _ Glasses | _ Over 54 Yrs. | _ Over 6' | _ Over 200 Lbs. |

MILITARY  
SERVICE

I asked the person spoken to whether recipient was in active of the United States or of the Sate of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  
4/29/03

*Gynine Montalto* (signature)  
GYNINE MONTALTO  
Notary Public, State of New York  
No. 01M06009799  
Qualified in New York County  
Commission Expires 07/06/20

*William L. Acosta* (signature)  
WILLIAM L. ACOSTA  
License No. 0962812

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES, )<br>ADMINISTRATOR, RALPH K. HAYES )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>INVIGORATE INTERNATIONAL, INC. )<br>CABOT INDUSTRIES, LLC., )<br>PARAMOUNT HEALTH & FITNESS, )<br>INC., JBN ENTERPRISES, INC. and )<br>JNG SPORTS SUPPLEMENT )<br>DISTRIBUTOR, INC. )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:00 - CV - 1504 (AWT)<br><br><br><br><br><br><br><br><br><br>APRIL 10, 2003 |

### NOTICE OF DEPOSITION

*PLEASE TAKE NOTICE THAT*, pursuant to the Federal Rules of Civil Procedure, the undersigned will take the deposition of *defendant, James Codoma, President of Cabot Industries, LLC.*, for purposes of discovery and/or use at the trial of this matter, before a Notary Public, or other competent authority, on *Wednesday, April 16, 2003 at one o'clock in the afternoon (1:00 p.m.)*, at the office of Esquire Reporting Services, 216 East 45th Street, New York, New York.

You are invited to attend and cross examine.

Dated at New London, Connecticut this 10th day of April, 2003.

                        THE PLAINTIFF

By: _____
Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT  06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this 10th day of April, 2003 :

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And copy to:

Esquire Deposition Services
216 East 45th Street
New York, NY 10017-3304

_____
Ralph J. Monaco, Esq.

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES,<br>ADMINISTRATOR, RALPH K. HAYES )<br><br>Plaintiff,<br><br>VS.<br><br>INVIGORATE INTERNATIONAL, INC.<br>CABOT INDUSTRIES, LLC.,<br>PARAMOUNT HEALTH & FITNESS,<br>INC., JBN ENTERPRISES, INC. AND<br>JNG SPORTS SUPPLEMENT<br>DISTRIBUTOR, INC.<br><br>Defendants. | CIVIL ACTION NO.<br>3:00 - CV - 1504 (AWT)<br><br><br><br><br><br><br>APRIL 10, 2003 |

### SUBPOENA DUCES TECUM

TO:  James Codoma
President
Cabot Industries, LLC
72A Cabot Street
West Babylon, NY  11704

*PLEASE TAKE NOTICE THAT*, pursuant to the Federal Rules of Civil Procedure, you are hereby commanded to appear for your deposition to be held at the offices of Esquire Reporting Services, 216 East 45th Street, New York, New York on Wednesday, the 16th day of April, 2003 at 1:00 o'clock in the afternoon (1:00 PM), then and there to testify what you know in a certain cause therein pending, wherein Ralph K.



Hayes, Administrator of the Estate of Andrew W. Hayes is the Plaintiff and Invigorate International, Inc., Cabot Industries, LLC., Paramount Health & Fitness, Inc., JBN Enterprises, Inc. and JNG Sports Supplement Distributor, Inc. are the Defendants, or to such other day thereafter and within sixty (60) days hereof on which said action is legally to be tried.

*AND YOU ARE FURTHER COMMANDED TO BRING AND HAVE WITH YOU* to produce and permit inspection and copying of all sales records for the product "Invigorate" (hereinafter "the product") for the calendar years 1995 through 1999, all delivery records for the product including delivery of the product to fitness clubs, health foods stores and any other organizations dealing in the purchase, sale and distribution of the product, all documents and reports relating to the ingredients in the products, all documents and reports relating to tests performed on the product, all documents and reports relating to the safety of the product, all documents and reports regarding the effect of the ingredient gamma-butyrolactone (GBL) upon its entry into a human body, all documents and reports regarding the effect of the ingredient gamma-hydroxybutyrate (GHB) upon its entry into a human body, all correspondence and memorandums relating to the product including all correspondence to and from the US Department of Health and Human Services Food and Drug Administration.

You are invited to attend and cross examine.

Dated at New London, Connecticut this ___10th___ day of April, 2003.

                            THE PLAINTIFF

By: _____
Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT  06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this 10th day of April, 2003:

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And copy to:

Esquire Reporting Services, Inc.
216 East 45th Street
New York, NY 10017-3304

Ralph J. Monaco, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES,<br>ADMINISTRATOR, RALPH K. HAYES )<br><br>　　Plaintiff,<br><br>VS.<br><br>INVIGORATE INTERNATIONAL, INC.<br>CABOT INDUSTRIES, LLC.,<br>PARAMOUNT HEALTH & FITNESS,<br>INC., JBN ENTERPRISES, INC. and<br>JNG SPORTS SUPPLEMENT<br>DISTRIBUTOR, INC.<br><br>　　Defendants. | CIVIL ACTION NO.<br>3:00 - CV - 1504 (AWT)<br><br><br><br><br><br><br><br><br>MAY 29, 2003 |

## NOTICE OF DEPOSITION

*PLEASE TAKE NOTICE THAT*, pursuant to the Federal Rules of Civil Procedure, the undersigned will take the deposition of **defendant, *James Codoma, President of Cabot Industries, LLC.*,** for purposes of discovery and/or use at the trial of this matter, before a Notary Public, or other competent authority, on *Wednesday, June 11, 2003 at three o'clock in the afternoon (3:00 p.m.)*, at the office of Esquire Reporting Services, 216 East 45th Street, New York, New York.

You are invited to attend and cross examine.

Dated at New London, Connecticut this 29th day of May, 2003.

THE PLAINTIFF

By: _____
Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT  06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this 29th day of May, 2003 :

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And copy to:

Esquire Deposition Services
216 East 45th Street
New York, NY 10017-3304

_____
Ralph J. Monaco, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO.
3:00-CV-1504 (AWT)

ESTATE OF ANDREW W. HAYES,
ADMINISTRATOR, RALPH K. HAYES

Plaintiff(s) Petitioner(s)

Against

INVIGORATE INTERNATIONAL, INC.
CABOT INDUSTRIES, LLC.,
PARAMOUNT HEALTH & FITNESS,
INC., AND JBN ENTERPRISES, INC.

AFFIDAVIT
OF
SERVICE

Defendant(s) Respondent(s)

STATE OF CONNECTICUT, COUNTY OF: New Haven   ss:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at: 1265 Broadway, Suite 421, New York, New York 10001

On April 15, 2003 at 10:46 A.M. at Cabot Industries, LLC. 72A Cabot Street, West Babylon, New York 11704

Deponent served the within NOTICE OF DEPOSITION and SUBPOENA DUCES TECUM on Bruce Saper (Respondent)

INDIVIDUAL

By delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said recipient therein.

DESCRIPTION

| | | | | | | |
|---|---|---|---|---|---|---|
| X Male | X White Skin | _ Black Hair | _ White Hair | _ 14-20 Yrs. | _ Under 5' | _ Under 100 Lbs. |
| _ Female | _ Black Skin | _ Brown Hair | _ Balding | _ 21-35 Yrs. | _ 5'0"-5'3" | _ 100-130 Lbs. |
| | _ Yellow Skin | X Blonde Hair | _ Mustache | X 36-50 Yrs. | _ 5'4"-5'8" | _ 131-160 Lbs. |
| | _ Brown Skin | _ Gray Hair | _ Beard | _ 51-65 Yrs. | _ 5'9"-6'0" | _ 161-200 Lbs. |
| | _ Red Skin | _ Red Hair | _ Glasses | _ Over 54 Yrs. | X Over 6' | X Over 200 Lbs. |

MILITARY
SERVICE

I asked the person spoken to whether recipient was in active of the United States or of the Sate of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
4/29/03 .

GYNINE MONTALTO
Notary Public, State of New York
No. 01MO6009799
Qualified in New York County
Commission Expires 07/06/20_6

WILLIAM L. ACOSTA
License No. 0962812

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES,<br>ADMINISTRATOR, RALPH K. HAYES )<br><br>Plaintiff,<br><br>VS.<br><br>INVIGORATE INTERNATIONAL, INC.<br>CABOT INDUSTRIES, LLC.,<br>PARAMOUNT HEALTH & FITNESS,<br>INC., JBN ENTERPRISES, INC. and<br>JNG SPORTS SUPPLEMENT<br>DISTRIBUTOR, INC.<br><br>Defendants. | CIVIL ACTION NO.<br>3:00 - CV - 1504 (AWT)<br><br><br><br><br><br><br><br>APRIL 10, 2003 |

## NOTICE OF DEPOSITION

*PLEASE TAKE NOTICE THAT*, pursuant to the Federal Rules of Civil Procedure, the undersigned will take the deposition of **defendant, Bruce Saper, Vice President of Cabot Industries, LLC.**, for purposes of discovery and/or use at the trial of this matter, before a Notary Public, or other competent authority, on *Wednesday, April 16, 2003 at three o'clock in the afternoon (3:00 p.m.)*, at the office of Esquire Reporting Services, 216 East 45th Street, New York, New York.

You are invited to attend and cross examine.

Dated at New London, Connecticut this 10th day of April, 2003.

                         THE PLAINTIFF

By: _____
Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT   06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this _10th_ day of April, 2003:

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And copy to:

Esquire Deposition Services
216 East 45th Street
New York, NY 10017-3304

_____
Ralph J. Monaco, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES, )<br>ADMINISTRATOR, RALPH K. HAYES )<br>)<br>Plaintiff, )<br>)<br>)<br>VS. )<br>)<br>)<br>INVIGORATE INTERNATIONAL, INC.)<br>CABOT INDUSTRIES, LLC., )<br>PARAMOUNT HEALTH & FITNESS, )<br>INC., JBN ENTERPRISES, INC. AND )<br>JNG SPORTS SUPPLEMENT )<br>DISTRIBUTOR, INC. )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:00 - CV - 1504 (AWT)<br><br><br><br><br><br><br><br><br><br><br>APRIL 10, 2003 |

### SUBPOENA DUCES TECUM

TO: Bruce Saper
Vice President
Cabot Industries, LLC
72A Cabot Street
West Babylon, NY 11704

*PLEASE TAKE NOTICE THAT*, pursuant to the Federal Rules of Civil Procedure, you are hereby commanded to appear for your deposition to be held at the offices of Esquire Reporting Services, 216 East 45th Street, New York, New York on Wednesday, the 16th day of April, 2003 at 3:00 o'clock in the afternoon (3:00 PM), then and there to testify what you know in a certain cause therein pending, wherein Ralph K.

Hayes, Administrator of the Estate of Andrew W. Hayes is the Plaintiff and Invigorate International, Inc., Cabot Industries, LLC., Paramount Health & Fitness, Inc., JBN Enterprises, Inc. and JNG Supplement Distributor, Inc. are the Defendants, or to such other day thereafter and within sixty (60) days hereof on which said action is legally to be tried.

*AND YOU ARE FURTHER COMMANDED TO BRING AND HAVE WITH YOU* to produce and permit inspection and copying of all sales records for the product "Invigorate" (hereinafter "the product") for the calendar years 1995 through 1999, all delivery records for the product including delivery of the product to fitness clubs, health foods stores and any other organizations dealing in the purchase, sale and distribution of the product, all documents and reports relating to the ingredients in the products, all documents and reports relating to tests performed on the product, all documents and reports relating to the safety of the product, all documents and reports regarding the effect of the ingredient gamma-butyrolactone (GBL) upon its entry into a human body, all documents and reports regarding the effect of the ingredient gamma-hydroxybutyrate (GHB) upon its entry into a human body, all correspondence and memorandums relating to the product including all correspondence to and from the US Department of Health and Human Services Food and Drug Administration.

2

You are invited to attend and cross examine.

Dated at New London, Connecticut this 10th day of April, 2003.

                THE PLAINTIFF

By: /s/ Ralph J. Monaco
Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT 06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this 10th day of April, 2003:

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And copy to:

Esquire Reporting Services, Inc.
216 East 45th Street
New York, NY 10017-3304

Ralph J. Monaco, Esq.