

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANDREW W. HAYES, ADMINISTRATOR, RALPH K. HAYES | ) ) | CIVIL ACTION NO. 3:00 - CV - 1504 (AWT) |
| Plaintiff, | ) ) | |
| VS. | ) ) | |
| | ) | |
| INVIGORATE INTERNATIONAL, INC. CABOT INDUSTRIES, LLC., PARAMOUNT HEALTH & FITNESS, INC.,  JBN ENTERPRISES, INC. and JNG SPORTS SUPPLEMENT DISTRIBUTOR, INC. | ) ) ) ) ) ) | MAY 8, 2003 |
| Defendants. | ) ) | |

## MOTION FOR *CAPIAS* ORDER

The Plaintiff respectfully requests that this Court issue a *capias* order for the arrest of

James Cardoma and Bruce Saper, President and Vice President, respectively, of Cabot Industries,

Inc. of West Babylon, New York.

Cabot Industries, Inc. is a named defendant in this case and has appeared through

counsel.  On April 10, 2003 Plaintiff noticed the deposition of these two principals of Cabot

Industries, Inc.   Plaintiff arrived for the deposition and no one attended the deposition on behalf

of Messrs. Cardoma and Saper.  Attached is a copy of the certified deposition transcript.  Also

attached are copies of the Return of Service of Subpoenas with Military Affidavits by a duly-

authorized process server in the State of New York.

These individuals are in possession of vital information relating to the Plaintiff's case. It is necessary that they be detained for the purpose of questioning them concerning their knowledge of the material facts involved in this lawsuit.

For these reasons the Plaintiff respectfully requests that a *capias* order be issued ordering the arrest of these two individuals until such time as Plaintiff's counsel has an opportunity to question them under oath.

Respectfully submitted,
THE PLAINTIFF

By:
Ralph J. Monaco, Esq.
Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington St., P.O. Box 1351
New London, CT 06320-1351
860-447-3171 / FAX 860-444-6103
His Attorneys

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on this _____ 8th _____ day of May, 2003:

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517
Attorneys for Defendant, Cabot Industries, LLC

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
Attorneys for Defendant, Paramount Health and Fitness, Inc.

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013
Attorney for JBN Enterprises, Inc.

_____
Ralph J. Monaco, Esq.



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ESTATE OF ANDREW W. HAYES,** | ) | |
| **ADMINISTRATOR, RALPH K. HAYES** | ) | **CIVIL ACTION NO.** |
| | ) | **3:00 - CV - 1504 (AWT)** |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | |
| | ) | |
| | ) | |
| **INVIGORATE INTERNATIONAL, INC.,** | ) | |
| **CABOT INDUSTRIES, LLC.,** | ) | |
| **PARAMOUNT HEALTH & FITNESS,** | ) | **JUNE 17, 2003** |
| **INC., and, JBN ENTERPRISES, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## *SUBPOENA DUCES TECUM*

TO:   Marie Baringer
      American Fitness Beverage, Ltd.
      72A Cabot Street
      West Babylon, NY 11704

*PLEASE TAKE NOTICE THAT*, pursuant to the Federal Rules of Civil Procedure, you are hereby commanded to appear for your deposition to be held at the offices of Esquire Reporting Services, 216 East 45th Street, New York, New York on the 1st day of July, 2003 at 1:30 in the afternoon (1:30 PM), then and there to testify what you know in a certain cause therein pending, wherein Ralph K. Hayes, Administrator of the Estate of Andrew W. Hayes is the Plaintiff and Caspers, Ltd., Dianne L. Lynch, Ahern

Enterprises, Inc., John C. Ahern, Kevin Gibbs and Kurt Hayes are the Defendants, or to such other day thereafter and within sixty (60) days hereof on which said action is legally to be tried.

*AND YOU ARE FURTHER COMMANDED TO BRING AND HAVE WITH YOU* All federal and state tax returns for **Cabot Industries, LLC** from 1995--2000, all attachments and addenda to said tax returns, all form W-2's, form K-1's and form 1099's issued by **Cabot Industries, LLC** from 1995--2000, all check books, check ledgers, deposit slips, and/or returned checks of **Cabot Industries, LLC** from 1995--2000, all bank statements of **Cabot Industries, LLC** from 1995--2000, and all documents listing the names of employees of **Cabot Industries, LLC** from 1995--2000.

All federal and state tax returns for **American Fitness Beverage Wholesalers, Ltd.** from 1995--2000, all attachments and addenda to said tax returns, all form W-2's, form K-1's and form 1099's issued by **American Fitness Beverage Wholesalers, Ltd.** from 1995-2000, all check books, check ledgers, deposit slips, and/or returned checks of **American Fitness Beverage Wholesalers, Ltd.** from 1995--2000, and all bank statements of **American Fitness Beverage Wholesalers, Ltd.** from 1995--2000, and all documents listing the names of employees of **American Fitness Beverage Wholesalers,**

2

**Ltd.** from 1995--2000 on *Tuesday, July 1, 2003  at 1:30 PM,* at the office of Esquire Reporting Services.

You are invited to attend and cross examine.

Dated at New London, Connecticut this _17th_ day of June, 2003.

THE PLAINTIFF

By: _____
Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT  06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this __17__ day of June, 2003 :

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And copy to:

Esquire Deposition Services
216 East 45th Street
New York, NY 10017-3304

Ralph J. Monaco, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES,<br>ADMINISTRATOR, RALPH K. HAYES )<br><br>    Plaintiff, )<br><br>VS. )<br><br>INVIGORATE INTERNATIONAL, INC. )<br>CABOT INDUSTRIES, LLC., )<br>PARAMOUNT HEALTH & FITNESS, )<br>INC., and, JBN ENTERPRISES, INC. )<br><br>    Defendants. ) | CIVIL ACTION NO.<br>3:00 - CV - 1504 (AWT)<br><br><br><br><br><br>JUNE 17, 2003 |

## NOTICE OF DEPOSITION

*PLEASE TAKE NOTICE THAT*, pursuant to the Federal Rules of Civil Procedure, the undersigned will take the deposition of *Marie Baringer, bookkeeper of American Fitness Beverage Wholesalers, Ltd.* for purposes of discovery and/or use at the trial of this matter, before a Notary Public, or other competent authority, on *Tuesday, July 1, 2003  at 1:30 PM,* at the office of Esquire Reporting Services, 216 East 45th Street, New York, New York.

You are invited to attend and cross examine.

Dated at New London, Connecticut this _17ᵗʰ_ day of June, 2003.

THE PLAINTIFF

By: _____
Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT  06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this ____ day of June, 2003 :

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And copy to:

Esquire Deposition Services
216 East 45th Street
New York, NY 10017-3304

Ralph J. Monaco, Esq.

3

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANDREW W. HAYES,<br>ADMINISTRATOR, RALPH K. HAYES | )<br>) | CIVIL ACTION NO.<br>3:00 - CV - 1504 (AWT) |
| Plaintiff, | )<br>) | |
| VS. | )<br>) | |
| INVIGORATE INTERNATIONAL, INC.<br>CABOT INDUSTRIES, LLC.,<br>PARAMOUNT HEALTH & FITNESS,<br>INC., and, JBN ENTERPRISES, INC. | )<br>)<br>)<br>) | JULY 7, 2003 |
| Defendants. | )<br>) | |

## *SUBPOENA DUCES TECUM*

TO:    Marie Baringer
       American Fitness Beverage, Ltd.
       72A Cabot Street
       West Babylon, NY 11704

***PLEASE TAKE NOTICE THAT***, pursuant to the Federal Rules of Civil Procedure, you are hereby commanded to appear for your deposition to be held at the offices of Esquire Reporting Services, 216 East 45th Street, New York, New York on Friday, the 11th day of July, 2003 at 1:30 in the afternoon (1:30 PM), then and there to testify what you know in a certain cause therein pending, wherein Ralph K. Hayes, Administrator of the Estate of Andrew W. Hayes is the Plaintiff and Invigorate

International, Inc., Cabot Industries, LLC., Paramount Health & Fitness, Inc. and JBN Enterprises, Inc. are the Defendants, or to such other day thereafter and within sixty (60) days hereof on which said action is legally to be tried.

*AND YOU ARE FURTHER COMMANDED TO BRING AND HAVE WITH YOU* All federal and state tax returns for **Cabot Industries, LLC** from 1995--2000, all attachments and addenda to said tax returns, all form W-2's, form K-1's and form 1099's issued by **Cabot Industries, LLC** from 1995--2000, all check books, check ledgers, deposit slips, and/or returned checks of **Cabot Industries, LLC** from 1995--2000, all bank statements of **Cabot Industries, LLC** from 1995--2000, and all documents listing the names of employees of **Cabot Industries, LLC** from 1995--2000.

All federal and state tax returns for **American Fitness Beverage Wholesalers, Ltd.** from 1995--2000, all attachments and addenda to said tax returns, all form W-2's, form K-1's and form 1099's issued by **American Fitness Beverage Wholesalers, Ltd.** from 1995-2000, all check books, check ledgers, deposit slips, and/or returned checks of **American Fitness Beverage Wholesalers, Ltd.** from 1995--2000, and all bank statements of **American Fitness Beverage Wholesalers, Ltd.** from 1995--2000, and all documents listing the names of employees of **American Fitness Beverage Wholesalers,**

2

**Ltd.** from 1995--2000 on *Friday, July 11, 2003  at 1:30 PM,* at the office of Esquire Reporting Services.

You are invited to attend and cross examine.

Dated at New London, Connecticut this _____ day of July, 2003.

THE PLAINTIFF

By:

Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT  06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this _____ day of July, 2003 :

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY  10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And  copy to:

Esquire Deposition Services
216 East 45th Street
New York, NY  10017-3304



_____
Ralph J. Monaco, Esq.

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ESTATE OF ANDREW W. HAYES,** | ) | |
| **ADMINISTRATOR, RALPH K. HAYES** | ) | **CIVIL ACTION NO.** |
| | ) | **3:00 - CV - 1504 (AWT)** |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | |
| | ) | |
| **INVIGORATE INTERNATIONAL, INC.** | ) | |
| **CABOT INDUSTRIES, LLC.,** | ) | |
| **PARAMOUNT HEALTH & FITNESS,** | ) | |
| **INC., and, JBN ENTERPRISES, INC.** | ) | **JULY 7, 2003** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## RE-NOTICE OF DEPOSITION

*PLEASE TAKE NOTICE THAT*, pursuant to the Federal Rules of Civil Procedure, the undersigned will take the deposition of *Marie Baringer, bookkeeper of American Fitness Beverage Wholesalers, Ltd.* for purposes of discovery and/or use at the trial of this matter, before a Notary Public, or other competent authority, on *Friday, July 11, 2003  at 1:30 PM,* at the office of Esquire Reporting Services, 216 East 45th Street, New York, New York.

You are invited to attend and cross examine.

Dated at New London, Connecticut this _____ day of July, 2003.

THE PLAINTIFF

By: _____

Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT  06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this _____ day of July, 2003 :

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And copy to:

Esquire Deposition Services
216 East 45th Street
New York, NY 10017-3304

_____
Ralph F. Monaco, Esq.

3



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES, )<br>ADMINISTRATOR, RALPH K. HAYES )<br>)<br>     Plaintiff, )<br>)<br>VS. )<br>)<br>)<br>INVIGORATE INTERNATIONAL, INC.)<br>CABOT INDUSTRIES, LLC., )<br>PARAMOUNT HEALTH & FITNESS, )<br>INC., and, JBN ENTERPRISES, INC. )<br>)<br>     Defendants. ) | CIVIL ACTION NO.<br>3:00 - CV - 1504 (AWT)<br><br><br><br><br>JULY 7, 2003 |

*SUBPOENA DUCES TECUM*

TO:   Lester S. Caesar, CPA
       216 East 49th Street
       New York, NY 10017-1546

*PLEASE TAKE NOTICE THAT*, pursuant to the Federal Rules of Civil

Procedure, you are hereby commanded to appear for your deposition to be held at the

offices of Esquire Reporting Services, 216 East 45th Street, New York, New York on

Friday, the 11th day of July, 2003 at 2:00 o'clock in the afternoon (2:00 PM), then and

there to testify what you know in a certain cause therein pending, wherein Ralph K.

Hayes, Administrator of the Estate of Andrew W. Hayes is the Plaintiff and Invigorate

International, Inc., Cabot Industries, LLC., Paramount Health & Fitness, Inc. and JBN Enterprises, Inc. are the Defendants, or to such other day thereafter and within sixty (60) days hereof on which said action is legally to be tried.

*AND YOU ARE FURTHER COMMANDED TO BRING AND HAVE WITH YOU* All federal and state tax returns for Cabot Industries, LLC from 1995--2000, all attachments and addenda to said tax returns, all form W-2's, form K-1's and form 1099's issued by Cabot Industries, LLC from 1995--2000, all check books, check ledgers, and/or returned checks of Cabot Industries, LLC, and all bank statements of Cabot Industries from 1995--2000.

All federal and state tax returns for American Fitness Beverage Wholesalers, Ltd. from 1995--2000, all attachments and addenda to said tax returns, all form W-2's, form K-1's and form 1099's issued by American Fitness Beverage Wholesalers, Ltd. from 1995--2000, all check books, check ledgers, and/or returned checks of American Fitness Beverage Wholesalers, Ltd., and all bank statements of American Fitness Beverage Wholesalers, Ltd. from 1995--2000 on *Friday, July 11, 2003 at 2:00 PM,* at the office of Esquire Reporting Services.

You are invited to attend and cross examine.

Dated at New London, Connecticut this 7th day of July, 2003.

2

THE PLAINTIFF

By: _____
Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT   06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

3

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this _____ day of July, 2003 :

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And copy to:

Esquire Deposition Services
216 East 45th Street
New York, NY 10017-3304

Ralph J. Monaco, Esq.

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANDREW W. HAYES, | ) | |
| ADMINISTRATOR, RALPH K. HAYES | ) | CIVIL ACTION NO. |
| | ) | 3:00 - CV - 1504 (AWT) |
| **Plaintiff,** | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| INVIGORATE INTERNATIONAL, INC. | ) | |
| CABOT INDUSTRIES, LLC., | ) | |
| PARAMOUNT HEALTH & FITNESS, | ) | |
| INC.,  and, JBN ENTERPRISES, INC. | ) | JULY 7, 2003 |
| | ) | |
| **Defendants.** | ) | |

## RE-NOTICE OF DEPOSITION

*PLEASE  TAKE  NOTICE  THAT,* pursuant to the Federal Rules of Civil Procedure, the undersigned will take the deposition of *Lester S. Caesar, CPA* for purposes of discovery and/or use at the trial of this matter, before a Notary Public, or other competent authority, on *Friday, July 11, 2003 at 2:00 PM,* at the office of Esquire Reporting Services, 216 East 45th Street, New York, New York.

You are invited to attend and cross examine.

Dated at New London, Connecticut this _____ 7th day of July, 2003.

THE PLAINTIFF

By: _____
Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT   06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this ____7____ day of July, 2003 :

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY 10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And copy to:

Esquire Deposition Services
216 East 45th Street
New York, NY 10017-3304

Ralph J. Monaco, Esq.

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES, ) ADMINISTRATOR, RALPH K. HAYES ) ) Plaintiff, ) ) VS. ) ) INVIGORATE INTERNATIONAL, INC.) CABOT INDUSTRIES, LLC., ) PARAMOUNT HEALTH & FITNESS, ) INC., and, JBN ENTERPRISES, INC. ) ) Defendants. ) | CIVIL ACTION NO. 3:00 - CV - 1504 (AWT) JUNE 17, 2003 |

## NOTICE OF DEPOSITION

*PLEASE TAKE NOTICE THAT*, pursuant to the Federal Rules of Civil Procedure, the undersigned will take the deposition of *Lester S. Caesar, CPA* for purposes of discovery and/or use at the trial of this matter, before a Notary Public, or other competent authority, on *Tuesday, July 1, 2003 at 2:00 PM,* at the office of Esquire Reporting Services, 216 East 45th Street, New York, New York.

You are invited to attend and cross examine.

Dated at New London, Connecticut this _17th_ day of June, 2003.

THE PLAINTIFF

By: _____

Ralph J. Monaco, Esq.
Federal Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington Street, P.O. Box 1351
New London, CT  06320-1351
860-447-3171 / FAX 860-444-6103
Attorneys for the Plaintiff

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this _17th_ day of June, 2003 :

Rocco Conte, Esq.
O'Connor, McGuinness, et al.
One Barker Avenue, Suite 675
White Plains, NY  10601-1517

Jonathan D. Bercham, Esq.
Bercham, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Leonard N. Zito, Esq.
Zito, Martino and Karasek
641 Market Street
Bangor, Northhampton County, PA 18013

And  copy to:

Esquire Deposition Services
216 East 45th Street
New York, NY  10017-3304

_____
Ralph J. Monaco, Esq.

3