

1                          Codomo

2    formed?

3          A.    January of '99.

4          Q.    Who were the other members of Cabot

5    Industries?

6          A.    One other member, Bruce SAper.

7          Q.    Can you spell his last name, please?

8          A.    S-a-p-e-r.

9          Q.    What was the business address of Cabot

10   Industries?

11         A.    72A Cabot Street, West Babylon, New York

12   11704.

13         Q.    Is Cabot Industries currently in

14   existence?

15         A.    No.

16         Q.    When was the company dissolved?

17         A.    I'm going to say by June of '99.

18         Q.    Who decided to dissolve the corporation?

19         A.    Well, I don't know if we actually

20   dissolved it.  It didn't do any business after

21   June of '99.

22         Q.    Based on your testimony, then, I would

23   assume that the company did do business between

24   January of '99 and June of '99?

25         A.    Up until probably May.

Page 9

1                          Codomo

2          Q.    Did Cabot Industries at any point in

3    time have any employees?

4          A.    No.

5          Q.    Was Cabot Industries licensed to do

6    business in the State of New York?

7          A.    Yes.

8          Q.    Who was the attorney who prepared the

9    LLC., document?

10         A.    William DiCandido.

11         Q.    Where is Mr. DiCandido's office?

12         A.    I think in Queens.

13         Q.    Did you of Mr. Saper ever take any type

14   of distribution or income from Cabot Industries?

15         A.    We filed a --

16               MR. CONTE:  I think he asked if you

17         received pay.

18         Q.    As a member I'm asking if you received a

19   distribution?

20               MR. CONTE:  Any compensation.

21         A.    I don't really recall.

22         Q.    Do you recall if Cabot Industries, LLC.,

23   ever filed any tax returns?

24         A.    Yes.

25         Q.    Did it file tax returns?

1                        Codomo

2       A.     Yes.

3       Q.     For what year?

4       A.     1999.

5       Q.     What governmental entities did it file

6    tax returns?  In other words, federal, state?

7       A.     I would think both.

8       Q.     Did it file federal or state tax returns

9    at any time subsequent to '99?

10      A.     No.

11      Q.     How did Cabot Industries come about? How

12   was the concept originated?  Was it your idea? Was

13   it Mr. Saper's idea?  Can you tell me how it

14   originated?

15      A.     It originated with the idea of

16   distributing this product Invigorate to other

17   distributors around the country.

18      Q.     Have you ever had any affiliation with

19   Invigorate International Incorporated?

20      A.     We bought products from them, yes.

21             MR. CONTE:   Can I hear the question

22      again?

23             (Record read).

24      Q.     Have you or Mr. Saper, to your

25   knowledge, ever owned shares in Invigorate

Page 11

1                        Codomo
2    International, Inc.?
3         A.    No.
4         Q.    Have you ever been an employee of
5    Invigorate International, Inc.?
6         A.    No.
7         Q.    How about Mr. Saper?  Was he ever an
8    employee, to your knowledge?
9         A.    No.
10        Q.    What is the relationship between you and
11   Mr. Saper?
12        A.    We are friends and partners.
13        Q.    In what type of business are you
14   partners?
15        A.    We are partners in another distribution
16   business.
17        Q.    What type of products do you distribute?
18        A.    Products from health food supplements
19   and sports supplements.
20        Q.    What is the name of that company?
21        A.    American Fitness Beverage.
22        Q.    What is the address of that company?
23        A.    72A Cabot Street, Babylon.
24        Q.    How long has American Fitness Beverage
25   been in existence?

```
 1                          Codomo
 2       A.     I'd say about eight years.
 3       Q.     Is that an LLC.?
 4       A.     No.
 5       Q.     Is it incorporated?
 6       A.     Yes.
 7       Q.     What state is it incorporated?
 8       A.     New York.
 9       Q.     Who are the shareholders in that
10  company?
11       A.     Myself and Bruce, and there are other
12  shareholders.
13       Q.     Can you give me their names?
14       A.     There is a number of them. Jack
15  Grossman, Steven Kinselberg, and Bruce's sons.
16  Raymond Saper, and Steven Saper.
17       Q.     Do you have any officer position within
18  American Fitness?
19       A.     Vice president.
20       Q.     How about Mr. Saper?
21       A.     President.
22       Q.     Is American Fitness Beverage your main
23  area of business today?
24       A.     Yes.
25       Q.     Does that occupy most of your
```

1                              Codomo

2    same people who owned Invigorate International?

3         A.    No.

4         Q.    Do you know who owned Invigorate

5    international?

6         A.    Yes.  Well, I think I know.  I couldn't

7    swear.

8         Q.    Tell me who you think you know owned it?

9         A.    Murray Wichard, Brett Holtzer, I believe

10   his last name is, and I think there was a guy named

11   Chris.  I'm going to guess at Tarantino or

12   Farantino.  Something like that.

13        Q.    Prior to 1999, had you had any personal

14   or professional dealings with any of those people

15   who you just mentioned?

16        A.    Yes.

17        Q.    Can you tell me What type of personal or

18   professional dealings you had?

19        A.    Professional.

20        Q.    What type of dealings?

21        A.    They -- I don't know if Murray had any

22   interest, but Brett owned or was partners in a

23   number of gyms that we had done business with.

24        Q.    Do you do any business with a gym named

25   Dolphin fitness?

Page 17

1                          Codomo

2        A.    Yes.

3        Q.    Do you currently do business with them?

4        A.    Yes, I do.

5        Q.    Do you know who the owners of Dolphin

6    Fitness are?

7        A.    I think I do know the major owner.  I

8    don't know the others -- what the relationship is

9    if he has any other partners.

10       Q.    Who is the major owner?

11       A.    Andy Carino.

12       Q.    Do you know if Brett Holtzer is still

13   associated with Dolphin Fitness?

14             MR. CONTE:  I don't think he said he

15       was.

16       A.    I, myself, don't think he is.

17       Q.    I misunderstood.

18       A.    I don't think he is.

19       Q.    Was Brett Holtzer affiliated with other

20   fitness centers?

21       A.    Yes.

22       Q.    What fitness centers was Brett Holtzer

23   affiliated with?

24       A.    Powerhouse Gym.

25       Q.    What was his role at Powerhouse?

Page 26

1                         Codomo

2        A.     The building adjacent to us.  It's a

3   two-part warehouse.

4        Q.     What is the name of the company?

5        A.     I think it's Flecken Industries.

6               MR. HOLCOMB:  Spell that, please.

7               THE WITNESS: F-l-e-c-k-e-n Industries.

8   They're a metal business of some sort.

9        Q.     Do you have currently a written lease

10  with the landlord?

11       A.     Yes.

12       Q.     When did the terms of that lease

13  commence?  The current lease?

14       A.     I'd say it was about three years ago.

15  They're probably consecutive leases.

16       Q.     What is the terms of this lease?  How

17  long is the lease for?

18       A.     I don't recall, it must be a few years.

19       Q.     Did Cabot Industries have a lease to

20  occupy that property at any point in time?

21       A.     I don't recall.

22       Q.     Do you remember if Cabot Industries ever

23  paid rent for occupying that property?

24       A.     I don't remember that, no.

25       Q.     Do you have a retail business for

Page 27

1                        Codomo
2    American Fitness Beverage?
3        A.    No.
4        Q.    The location at 72A Cabot Street is
5    solely wholesale?
6        A.    Wholesale, yes.
7        Q.    At the present time where do you
8    distribute your products in terms of geography?
9    What states do you distribute your products in?
10       A.    All of the five boroughs, Suffolk and
11   Nassau County, New Jersey, part of Connecticut and
12   Massachusetts.  There maybe other places, but
13   that's really the bulk of it.
14       Q.    With regard to Cabot, what state did you
15   distribute Invigorate in for Cabot?
16       A.    As I recall -- this is from memory,
17   Massachusetts, Pennsylvania, Ohio, South Carolina,
18   Virginia, New Jersey, maybe Illinois. I think we
19   had an account there.
20       Q.    Did Cabot distribute any products in
21   Connecticut?
22       A.    I don't think so.
23       Q.    Is there a possibility that Cabot did
24   distribute in Connecticut?
25            MR. CONTE:   Note my objection to the

1                            Codomo

2    concerns?

3         A.    Yes.

4         Q.    Was there any other reason other than

5.   safety concerns?

6         A.    It became -- we just didn't feel it

7    was -- we didn't want to go any further with Cabot

8    with this product, and we had no other products so

9    that was it.

10        Q.    Did you continue to distribute

11   Invigorate through American Fitness?

12        A.    No.

13        Q.    Did you discontinue distributing

14   Invigorate at approximately the same time for Cabot

15   as with American Fitness?

16        A.    I would say yes.

17        Q.    When the FDA came to you and explained

18   they had some safety concerns, did you contact

19   Invigorate?

20        A.    Yes.

21        Q.    Who did you speak to?

22        A.    I think I spoke to Murray and Brett.

23        Q.    What did you say to them?

24        A.    I told them the FDA was there and that I

25   was concerned, and that's all I recall at that

Page 36

1                         Codomo

2    time.

3         Q.    What did they say?

4         A.    I don't recall what they said, but they

5    were obviously concerned too when I told them I was

6    concerned.

7         Q.    Had they been contacted by the FDA?

8         A.    I believe they were, yes.

9         Q.    The address for Invigorate International

10   on the invoices in Plaintiff's 5 is 83 West 104th

11   Street, New York, New York 10025?

12        A.    Yes.

13        Q.    Do you know what type of facility that

14   is?

15        A.    No, I've never seen it.

16        Q.    Do you have any knowledge with regard to

17   what was at that location in 1999?

18        A.    Not really, no.

19        Q.    Do you have any knowledge that there was

20   a fitness gym operated out of that building?

21        A.    I have no knowledge of that, no.

22        Q.    The fax notation at the bottom of one of

23   the Invigorate invoices -- I think several of

24   them -- is May 7, 1999, and it says "FDA New York."

25        A.    Right; yes.

Page 39

1                         Codomo

2          Q.     Do the American Fitness Beverage

3     invoices have the same type of format as this?

4          A.     Similar.

5          Q.     This invoice here to JNG Sports

6     Supplements has a telephone number 516-420-1600,

7     where did that telephone ring in '99?

8          A.     It rang in Cabot and American.

9          Q.     Was there a separate office for each of

10    those?

11         A.     We had offices in the back, yes.

12         Q.     Where did this phone ring?  Did it ring

13    in the back office or in another office?

14         A.     I don't remember.

15         Q.     Is that phone number still in existence?

16         A.     Yes.

17         Q.     Is that phone number also the phone

18    number for American Fitness?

19         A.     Yes.

20         Q.     How about this 800 number?  Is that

21    phone number still in existence?

22         A.     Yes.

23         Q.     Is that phone number also used for

24    American Fitness?

25         A.     Yes.

Page 43

1                              Codomo

2    New York?

3         A.    Yes.

4         Q.    Did Cabot Industries have some type of

5    catalogue?

6         A.    That's the only product we had.

7         Q.    Just Plaintiff's Exhibit 4?

8         A.    Correct.

9         Q.    Did you have any written communication

10   with any prospective purchasers of Invigorate?

11               In other words, a letter saying

12   "Enclosed is some literature on Invigorate we would

13   like to sell it to you."

14               Did you ever generate any of those type

15   of letters?

16        A.    Other than sending this, I don't believe

17   we had any standard letter. I don't think so.

18        Q.    How would you initiate a potential sale?

19   Would you call up the people that you knew?  For

20   example, American Fitness Wholesalers in Worcester?

21   Did you place a phone call to your contact there

22   and tell them you had a new company Cabot and a

23   product you would like them to try?

24        A.    Yes.

25        Q.    Did you follow-up with any type of

Page 49

1                          Codomo

2          as of this date.)

3          Q.    Mr. Codomo, we have marked this folder

4    that has handwriting on it "FDA recall" as

5    Plaintiff's 7.

6               Is that your handwriting?

7          A.    Yes.

8          Q.    I would like you to identify some of

9    these documents in here for me.

10              There is a white envelope with

11   postcards in it.

12              Is that your handwriting?

13         A.    No.

14         Q.    In this envelope there are some

15   postcards, can you tell me what those postcards

16   are?

17         A.    The FDA gave me a format -- as you can

18   see I have a letter in there --  that notifies the

19   customer of my voluntary recall and there is a

20   postcard.  There is a self-addressed postcard that

21   went with the letter.  They're supposed to tell me

22   if they have product on hand; it self-explanatory

23   in the postcard.

24         Q.    The postcard was sent out to all of the

25   parties to whom you had distributed Invigorate?

Page 50

Codomo

1

2    A.    Yes.

3    Q.    You asked them to check off if they had

4 any stock of Invigorate, number one?

5    A.    Yes.

6    Q.    Number 2; that if they had requested

7 their accounts to return the stock of Invigorate to

8 them?

9    A.    Or customer, whatever.  Whoever they did

10 business with, yes.

11    Q.    Or they could check off they were

12 returning a certain number of bottles of

13 Invigorate?

14    A.    Yes.

15    Q.    Did you receive any bottles of

16 Invigorate?

17    A.    I did, but I don't remember how many,

18 but it was less -- I don't think I got any bottles

19 back.  I think I got half a bottle back from

20 somebody, but it was so small. It was half a

21 bottle.  I remember seeing half a yellow bottle.

22    Q.    What did you do with that?

23    A.    The FDA took them with them.

24    Q.    Did you retain any Invigorate products?

25    A.    I retained products in the warehouse

Page 51

Codomo

1

2  that was -- the FDA was eventually going to take

3  from me, yes.

4      Q.    Do you have any products today?

5      A.    None.

6      Q.    When did you dispose of the product?

7      A.    The last I saw of that product is when

8  the FDA took it from my warehouse and brought it to

9  a place of disposal. It's in there that was picked

10  up.

11      Q.    Do you remember being contacted by

12  anyone at JNG Sports Supplement in regard to your

13  recall notice?

14      A.    Other than the postcards, no.

15      Q.    Did you refund any of your customers?

16      A.    I never got any products back to refund,

17  other than that half bottle I think.

18      Q.    Are those the only communications from

19  the FDA that you have in your possession?

20      A.    Yes.

21      Q.    There is a document in here.

22          Do you recognize those documents?

23      A.    Yes.

24      Q.    What is?

25      A.    That's the document that when the FDA --

1                              Codomo

2     I don't know who picked it up.  I can't say it was

3     the FDA, but they sent someone to pick up the

4     remaining 35 cases that I had on hand, and that's

5     the receipt they gave me.

6          Q.    Is this the name of the two people who

7     came at the bottom?

8          A.    Obviously, it is but --

9          Q.    Did they come with some type of order to

10    seize this property from you?

11         A.    Not at that time, no . There was an

12    order of seizure, but it's not -- that wasn't at

13    that time, it was previous to that.

14         Q.    Did you ever ask for any compensation

15    from Invigorate International after you ceased

16    distributing their product?

17         A.    Ask for them to pay me?

18         Q.    Right.

19         A.    No.

20         Q.    Did they ever reimburse you for the loss

21    of the boxes taken by the FDA?

22         A.    No.

23         Q.    Had you paid Invigorate International

24    for the 35 cartons containing 12 bottles per box

25    that is reflected in this itemized property

Page 57

1                              Codomo

2        Q.    Would American Fitness have purchased

3   more Invigorate from Invigorate International than

4   Cabot did?

5        A.    No.

6        Q.    Would it have purchased less?

7        A.    Yes.

8        Q.    Did Cabot Industries have any policies

9   of insurance?

10        A.    No.

11        Q.    Has American Fitness have any policies

12   of insurance?

13              MR. CONTE: Note my objection to

14        relevance.

15              You can answer.  Just generally yes or

16        no.

17        A.    Yes.

18        Q.    Did American Fitness have a policy of

19   insurance in 1999?

20              MR. CONTE:  Same objection.

21              You can answer the question.

22        A.    Yes.

23        Q.    The insurance that American Fitness has,

24   does it cover American Fitness for product

25   liability claims?

Page 58

Codomo

1

2          MR. CONTE: Note my objection again to

3     relevance, but you can answer the question if

4      you know.

5      A.    Yes.

6      Q.    Do you know who was the insurance

7  company for American Fitness in 1999?

8      A.    No.

9      Q.    Do you know who the company is today?

10          MR. CONTE:  Note my objection to

11     relevance.

12     A.    I don't know what it is today.

13     Q.    Does Cabot Industries have any assets

14  today?

15     A.    None.

16     Q.    Did Cabot Industries have any assets at

17  the time of the completion of the recall of

18  Invigorate?

19     A.    No.

20     Q.    Did Cabot Industries at any point in

21  time make a distribution to you or Mr. Saper of

22  money?  In other words, did you take any money out

23  of that business?

24     A.    I think on paper it says so, but I don't

25  think we -- by the time we paid for the recall and

Codomo

1
2  whole thing I don't think we made any money at all.
3      Q.    When you say "paper" it says so?
4      A.    I know Cabot made a small profit, but
5  then it cost us money to this whole recall and the
6  attorney and everything.  Bruce and I never made
7  any money.
8      Q.    When Cabot Industries was formed, you
9  told me that you had a lawyer who set up the
10  company?
11      A.    Yes.
12      Q.    Did you receive any type of corporate
13  books?  Do you know what I mean by that?
14      A.    Yes, I do know what you mean.
15      Q.    Do you remember receiving corporate
16  books for Cabot?
17      A.    I don't recall.
18      Q.    To your knowledge, did you have any type
19  of member meetings for Cabot Industries?
20      A.    Bruce and I were the only members; it
21  was just him and I.
22      Q.    Did you have any type of meetings where
23  the two of you were to record minutes?
24      A.    I don't recall.
25      Q.    Did you fund Cabot Industries with any

Page 60

1                          Codomo
2    money?
3         A.    I don't believe so.
4         Q.    Did Cabot Industries have its own bank
5    account?
6         A.    Yes.
7         Q.    What bank was it with?
8         A.    Citibank.
9         Q.    What branch?
10        A.    In Deer Park. I think it was EAB and
11   then Citibank bought them, yes.
12        Q.    Is it now a Citibank?
13        A.    It's now a Citibank.
14        Q.    Do you have any of the bank statements?
15        A.    No.
16        Q.    Do you know where those statements are?
17        A.    No idea.
18        Q.    How did Cabot begin its business without
19   any money?
20        A.    Invigorate supplied me with the product,
21   and as I sold it, I paid Invigorate.
22        Q.    Did you have any lease between Cabot and
23   American Fitness for use of that space?
24        A.    I don't recall that.
25        Q.    Was there any arrangement whereby Cabot

1                            Codomo
2    was to pay American Fitness for use of space?
3         A.    I don't recall that, no.
4         Q.    Where did the money come from for filing
5    fees to set up the LLC.?  The attorney fees, who
6    paid for that?
7         A.    I don't remember, maybe Bruce and I put
8    in money.  I don't really recall.
9              We may have used it from the receipts
10   that we received when we sold the products.  I'm
11   not really sure.
12        Q.    When you sold the products and you
13   received money, what did you do with that money?
14        A.    We either deposited it in the bank or we
15   paid Invigorate.
16        Q.    What bank would you have deposited in?
17        A.    EAB.
18        Q.    Do you have someone who does those type
19   of deposits?
20        A.    I don't know what you mean by that.
21        Q.    Does someone go to the bank with the
22   check and make the deposit?
23        A.    Probably, myself.
24        Q.    Do you do that for American Fitness also
25   or do you have someone for American Fitness go to

Page 63

Codomo

1

2      A.    Lester Caesar.

3      Q.    Where is Mr. Caesar's office?

4      A.    Manhattan somewhere, I don't have the

5  address.

6      Q.    Can you spell his last name?

7      A.    You try to get Caesar, and whatever you

8  get is what I would say.

9      Q.    C-a-e-s-a-r?

10     A.    Yes.

11     Q.    Is Mr. Caesar also the accountant for

12  American Fitness Beverage?

13     A.    He may have been at one time, but he is

14  not now.

15     Q.    He was the accountant for Cabot?

16     A.    Yes.

17     Q.    Do you have the take returns Cabot

18  filed?

19     A.    Yes.

20     Q.    You do?

21     A.    Yes, I do.

22  RQ  Q.    Would you produce those to us?

23           MR. CONTE:  We will give you a copy

24     together with the executed transcript.

25     Q.    Were those tax returns prepared by

Page 66

1                               Codomo

2          Q.     You were there during all times that you

3     were open for business?

4          A.     Him and I, more or less.

5          Q.     Did anyone else have a key to the

6     premises at that time?

7          A.     No.

8          Q.     Does anyone else have a key now?

9          A.     Yes.

10         Q.     How many employees did American Fitness

11    have back in '99?

12         A.     I don't know, but less than we have now.

13         Q.     So the company has grown since then?

14         A.     Yes.

15         Q.     Other than the FDA, have you been

16    contacted by any other governmental body, state, or

17    federal relating to Invigorate?

18         A.     Since then?

19         Q.     Before then at any time?

20         A.     No.  FDA?  No.

21         Q.     Did the FDA institute any criminal

22    charges against you, Mr. Saper, or Cabot?

23         A.     Me.

24         Q.     Against you?

25         A.     Yes.

Page 67

1                              Codomo

2        Q.    What was the outcome of those charges?

3        A.    I pleaded guilty.

4        Q.    What was the charge?

5        A.    The charge was false statement to an FDA

6    agent.

7        Q.    What type of penalty did you receive?

8        A.    A thousand dollar fine and a year's

9    probation.

10       Q.    Other than this conviction, have you

11   ever been convicted of another felony?

12       A.    No.

13       Q.    Is your probationary period up in time?

14       A.    Oh, yes.

15       Q.    Who was your attorney in that matter?

16       A.    Paul Bergman.

17       Q.    Where is his office?

18       A.    Here in Manhattan.

19       Q.    What court were the charges filed in, if

20   you know?

21       A.    In Brooklyn.

22       Q.    Was anyone else, to your knowledge,

23   charged by the FDA relating to the sale of

24   Invigorate?

25            MR. CONTE:  Objection to form.

Page 68

1                              Codomo
2              It didn't have anything to do with the
3        sale of Invigorate.
4        A.    It didn't have anything to do with the
5   sale.
6        Q.    My question stands.
7              Do you know if anyone else was charged
8   by the FDA with regard to the sale of -- I'll take
9   away the word "else" -- if anyone was charged with
10  regard to the sale of Invigorate?
11       A.    To my knowledge, no.
12       Q.    Was anyone else charged with making a
13  false statement to an FDA agent, other than
14  yourself?
15       A.    No.
16       Q.    What statement did they claim was false?
17       A.    That I had returned product to
18  Invigorate.
19       Q.    When was that statement allegedly made?
20       A.    Sometime in March of '99.
21       Q.    You plead guilty to making that comment?
22       A.    Yes.
23       Q.    In fact, isn't it untrue that you had
24  returned product to Invigorate?
25       A.    Yes.

Page 69

1                                Codomo

2      Q.    Did you appear in court?

3      A.    Yes.

4      Q.    Did you make any statements on the

5  record?

6      A.    I don't know what you mean by that.

7      Q.    Did you make a statement in open court?

8      A.    Yes.

9      Q.    What building were you in?  The building

10  in Brooklyn?

11     A.    Yes.

12     Q.    That was the federal courthouse there?

13     A.    Yes.

14     Q.    Attorney Bergman, is he a private

15  attorney or does he work for a firm?

16     A.    I think he is a private attorney.

17     Q.    Have you given any other statements

18  regarding Cabot Industries or its sale of

19  Invigorate or this lawsuit to anyone other than the

20  statements that you've given today, and I mean

21  recorded statement or statements where there was a

22  court reporter taking it down?

23     A.    I don't think so.

24     Q.    Were you ever contacted by anyone over

25  the telephone and asked permission for them to

Page 72

1                              Codomo

2                MR. CONTE:  Gross receipts.

3        Q.     How much money?

4        A.     The tax return would tell me that.  I

5    don't recall.

6        Q.     Other than the tax return, are there any

7    other documents that were associated with Cabot,

8    that are Cabot Industries documents, that you have

9    not produced today?

10       A.     No.

11       Q.     Are you aware of any shareholder

12   minutes, director minutes, member minutes of Cabot

13   Industries that have ever been recorded?

14       A.     I don't recall that, no.

15       Q.     You know what I mean by "minutes of a

16   meeting"?

17       A.     Yes, I understanding.

18       Q.     Have you ever conducted any independent

19   research with regard to Invigorate at any point in

20   time?

21       A.     No.

22       Q.     Prior to distributing Invigorate, did

23   you ask Invigorate International for any

24   documentation relating to safety or testing of the

25   substance, other than Plaintiff's Exhibit 4?

Page 74

1                          Codomo

2              MR. CONTE:   Claimed they had

3       become --

4              MR. MONACO:   Claimed they became ill or

5       died.

6       A.     I personally haven't heard more than

7    one.  I only know of one and that's referenced to

8    that one.

9       Q.     Is that Andrew Hayes of Connecticut?

10      A.     No, other than Andrew Hayes.

11      Q.     Do you know where that person resides?

12      A.     You just asked me that question.

13      Q.     You don't know?

14      A.     No.

15      Q.     Do you understand that Cabot Industries

16   has been named in the lawsuit filed by the Estate

17   of Andrew Hayes in Connecticut?

18      A.     Yes.

19      Q.     Do you intend to defend Cabot Industries

20   in that lawsuit?

21      A.     No.

22      Q.     Why not?

23      A.     I don't have the money to do that; it's

24   done.  Cabot is finished for me.

25      Q.     Did you ever have any type of written

Page 76

Codomo

1

2      A.    Yes.

3      Q.    Are there any employees of American

4  Fitness Beverage who were employees of American

5  Fitness Beverage in '99?

6      A.    I don't believe so.

7      Q.    Do you recall the name of any employees

8  of American Fitness Beverage in '99?

9      A.    That's a while back.  I don't -- I know

10 first names.  I don't know if I knew last names.

11     Q.    Can you give me some of the first names

12 you recall?

13     A.    We had a warehouse guy, John.  I don't

14 know his last name. John was in charge of the

15 warehouse.

16     Q.    Was he in charge of the American Fitness

17 warehouse?

18     A.    Yes.

19     Q.    Did Cabot share the same warehouse?

20     A.    Yes.

21     Q.    Do you remember his last name?

22     A.    No.

23     Q.    Would you have any records at American

24 Fitness that would indicate his last name?

25     A.    Probably, yes.

Page 77

1                          Codomo

2    RQ          MR. MONACO:  Would you mind providing

3          those?

4                 MR. CONTE:  I'm not sure of the

5          relevance of that, but I will take it under

6          advisement.

7          Q.    Do you recall the names of any other

8    employees of American Fitness Beverage in '99?

9          A.    No, I just don't remember.

10   RQ          MR. MONACO:  I would also request the

11         name of all employees of American Fitness in

12         1999, and their last known address, and we can

13         talk about that.

14                MR. CONTE:  Same comment.

15         Q.    Other than the EAB bank account, did

16   Cabot have any other bank accounts?

17         A.    No.

18         Q.    In '99 where was American Fitness' bank

19   account?  What bank?

20                MR. CONTE:   Objection; relevance.

21                You can answer the question.

22         A.    In '99 it was at the same bank, EAB.

23         Q.    Do you know what street that bank is on?

24         A.    Commack Road.

25         Q.    Is there still a bank in existence?

Page 78

1                          Codomo

2        A.      Citibank.

3        Q.      Just to verify that I have the American

4    Fitness correct; it's American Fitness Beverage

5    Wholesalers?

6        A.      Ltd.  Wholesalers Ltd.

7        Q.      Are you on good terms with Murray

8    Wichard?

9                MR. CONTE:  Objection.

10               What do you mean by that?

11       Q.      Do you have cordial conversations with

12   him?

13       A.      Nothing negative, no.

14       Q.      Have you threatened to sue him or has he

15   threatened to sue you at any time?

16       A.      No.

17               MR. CONTE:  I presume you're asking with

18       regard to Invigorate?

19               MR. MONACO:  I was asking with regard to

20       anything.

21       A.      No.

22       Q.      With regard to American Fitness

23   Beverage, Jack Grossman, you indicated is a

24   shareholder; is he also an employees?

25       A.      Yes, but that's all recent. Bruce and I

1                              Codomo

2    were the only shareholders in '99.

3         Q.    Did any of these people Jack Grossman,

4    Steven Kinselberg or Bruce's sons work for American

5    Fitness in '99?

6         A.    No.  One son may have, I'm not sure. He

7    might have been in school then.  I'm not sure.

8         Q.    Did these shareholders buy into the

9    business?

10        A.    Yes.

11        Q.    They made equity contributions?

12        A.    Yes.

13        Q.    Who were the officers of Cabot?

14              MR. CONTE:  Note my objection; it's been

15        asked and answered.

16        A.    Bruce and I.

17        Q.    Were there any others?

18        A.    No.

19        Q.    He was the president?

20        A.    There were no president, it was members.

21              MR. MONACO:   Thank you.

22              That's all the question I have.

23   EXAMINATION BY

24   MR. HOLCOMB:

25        Q.    You were asked about the whereabouts of