FILED

2004 MAR 12 P 12: 03

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES, ) <br> ADMINISTRATOR, RALPH K. HAYES ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> INVIGORATE INTERNATIONAL, INC., ) <br> CABOT INDUSTRIES, LLC., ) <br> PARAMOUNT HEALTH AND FITNESS, ) <br> INC., JBN ENTERPRISES, INC. and ) <br> JNG SPORTS SUPPLEMENT ) <br> DISTRIBUTORS, INC. ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 3:00 - CV - 1504 (AWT) <br><br><br><br><br><br><br><br> March 11, 2004 |

## MOTION TO RECONSIDER MOTION TO JOIN AFB

The Plaintiff, Estate of Andrew W. Hayes, respectfully requests that this Honorable Court reconsider its decision on Plaintiff's Motion to Join American Fitness Beverage Wholesalers Ltd. (hereinafter "AFB") as a party defendant. Plaintiff Motion to Join was recently denied without prejudice by this Court.

The reasons for this motion are contained in the attached brief entitled "Reply to AFB's Objection to Motion to Join", which was filed in response to AFB's Objection to the Motion to Join AFB as a party defendant. As demonstrated in the attached brief, AFB, and its alter ego, have engaged in fraudulent conduct in order to conceal both the existence of AFB and the relationship between AFB and Cabot Industries. Discovery to date has revealed that AFB and

Cabot Industries are alter egos of each other and were not operated pursuant to accepted corporate formalities. Upon information and belief, AFB possesses insurance, while Cabot does not, and in fact, Cabot has ceased doing business and claims to have no assets. Therefore, AFB is a necessary party defendant. The Plaintiff's basis for joining AFB at this point in this litigation is explained in greater detail in the attached reply brief. Since this case will be transferred to the Eastern District of Pennsylvania, the Plaintiff would like to have all potentially responsible parties joined before the transfer is accomplished.

For the foregoing reasons, the Plaintiff respectfully requests that AFB be joined as a defendant in this action so that complete justice can be done in the appropriate court.

Respectfully submitted,
THE PLAINTIFFS

By: _____
Ralph J. Monaco, Esq.
Bar No. CT-13306
Of Conway & Londregan, P.C.
38 Huntington St., P.O. Box 1351
New London, CT 06320-1351
860-447-3171 / FAX 860-444-6103
Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on this 11th day of March, 2004:

David Ng, Esq.  
Karllson & Ng  
305 Broadway, Suite 3101  
New York, NY 10007  
Attorney for Murray Wichard  

Rocco Conte, Esq.  
O'Connor, McGuinness, et al.  
One Barker Avenue, Suite 675  
White Plains, NY 10601-1517  
Attorneys for Defendant, Cabot Industries, LLC  

Warren Holcomb, Esq.  
Berchem, Moses & Devlin, P.C.  
75 Broad Street  
Milford, CT 06460  
Attorneys for Defendant, Paramount Health and Fitness, Inc.  

Leonard N. Zito, Esq.  
Zito, Martino and Karasek  
641 Market Street  
Bangor, Northhampton County, PA 18013  
Attorneys for Defendant, JBN Enterprises, Inc.  

C. Thosmas Furniss, Esq.  
Furniss & Quinn, P.C.  
248 Hudson Street  
Hartford, CT 06106  
Attorney for Lester Caesar and Marie Berringer (non-parties)  

Brett J. Riegel, Esq.  
Amori & Riegel, LLC  
717 Sarah Street  
Stroudsburg, PA 18360  
Attorney for JNG Sports Supp.  

Andrew J. Keefe, Esq.  
Kathryn Cunningham, Esq.  
Jackson, O'Keefe and Phelan  
36 Russ Street  
Hartford, CT 06106  
Attorneys for American Fitness Beverages Wholesalers, Inc.  

_____  
Ralph J. Monaco, Esq.