FILED

2004 MAR 18 P 12: 02

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RALPH K. HAYES, ADMR.          :

V.                             :     NO. 3:00 CV 1504 (AWT)

INVIGORATE INTERNATIONAL, INC.:
ET AL.                         :     MARCH 17, 2004

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed.R.Civ.Proc. Rule 7 and L.Civ.R. 7(a)(1) and 7(b)(1), American Fitness Beverage respectfully moves the Court for an extension of time of thirty (30) days, up to and including April 30, 2004, within which to respond to the plaintiff's Motion to Reconsider Motion to Join AFB and Reply to AFB's Objection.

Local Rule 7(a) permits a party twenty-one (21) days from the filing of a motion to submit any brief in opposition thereto. Local Rule 7(b)(1) provides for an extension of time, not to exceed thirty (30) days, beyond that initial twenty-one (21) day period, with regard to the date for filing a motion addressed to the complaint.

By way of Order issued on February 5, 2003, the Court (Thompson, J.) denied the plaintiff's Motion to Join as to American Fitness Beverage Wholesalers, Ltd. without prejudice to renew said Motion "if the plaintiff submits evidence demonstrating that AFB was in fact the alter ego of Cabot Industries, LLC during the relevant time period."

By way of Motion dated March 11, 2004, the plaintiff now seeks reconsideration of its Motion to Join American Fitness Beverage as a defendant in this action. In support of said Motion, the plaintiff has also submitted a Reply to AFB's Objection to the Motion to Join. American Fitness Beverage seeks an extension of time within which to respond to the arguments presented in said Reply brief.

This is the first request for an extension of time with respect to the Motion to Reconsider and Reply of plaintiff. The undersigned has inquired of Attorney Ralph Monaco, counsel for the plaintiff, as to his position with regard to this Motion. Attorney Monaco has no objection to the extension of time being granted.

**AMERICAN FITNESS BEVERAGE WHOLESALERS, LTD.**

By _/s/ Andrew J. O'Keefe_
Andrew J. O'Keefe
Fed Bar No. CT 05585
Jackson, O'Keefe & Phelan
36 Russ Street
Hartford, CT  06103
1(860)278-4040

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid to the following on March 19, 2004:

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
Conway & Londregan
38 Huntington St., PO Box 1351
New London, CT  06320
860-447-3171
[Andrew W. Hayes Ralph K. Hayes]

Rocco Conte, Esq.
O'Connor, McGuinness, Conte, Doyle & Oleson
One Barker Ave., Ste.675
White Plains, NY  10601
914-948-4500
[Invigorate Int'l, Inc.; Cabot Ind., LLC]

Thomas Galvin Cotter, Esq.
Warren L. Holcomb, Esq.
Jonathan David Berchem, Esq.
Berchem, Moses & Devlin, PC
75 Braod Street
Milford, CT  06460
203-783-1200
[Paramount Health, Paramount Health & Fitness, Inc.]

C. Thomas Furniss, Esq.
Furniss & Quinn, P.C.
Stoneleigh Building
248 Hudson Street
Hartford, CT  06106

By _____
Andrew J. O'Keefe