UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
ESTATE OF ANDREW W. HAYES,     :
ADMINISTRATOR, RALPH K. HAYES  :
                               :
     Plaintiff,                :
                               :
v.                             :     Civil No. 3:00CV01504 (AWT)
                               :
INVIGORATE INTERNATIONAL,      :
INC., CABOT INDUSTRIES, LLC,   :
PARAMOUNT HEALTH & FITNESS     :
INC., JBN ENTERPRISES, INC.,   :
JNG SPORTS SUPPLEMENTS         :
DISTRIBUTORS, INC., and JUST   :
NATURAL GROWTH SPORTS          :
SUPPLEMENT DISTRIBUTORS, INC.  :
                               :
     Defendants.               :
                               :
-------------------------------x
```

**ORDER TO TRANSFER CASE**

The plaintiff's Motion to Transfer (Doc. #58) is hereby GRANTED, for the reasons set forth in the plaintiff's memorandum (see Doc. # 57) and those discussed during the telephonic conference on September 22, 2003.  The Clerk shall transfer this case to the Eastern District of Pennsylvania.

The court notes that the decision on the motion to transfer was reached on February 5, 2004, but held in abeyance only to permit the plaintiff time to file a Fourth Amended Complaint complying with F.R. Civ. P. 10(a); the plaintiff has now filed the Fourth Amended Complaint.

It is so ordered.

Dated this 27th day of March, 2004, at Hartford, Connecticut.

                                                          /s/
                                    Alvin W. Thompson
                       United States District Judge