70

FILED
2004 MAR 12 P 12: 03
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES, ADMINISTRATOR, RALPH K. HAYES <br><br> Plaintiff, <br><br> VS. <br><br> INVIGORATE INTERNATIONAL, INC., CABOT INDUSTRIES, LLC., PARAMOUNT HEALTH AND FITNESS, INC., JBN ENTERPRISES, INC. and JNG SPORTS SUPPLEMENT DISTRIBUTORS, INC. <br><br> Defendants. | CIVIL ACTION NO. <br> 3:00 - CV - 1504 (AWT) <br><br><br><br> March 11, 2004 |

## MOTION TO RECONSIDER MOTION TO JOIN AFB

The Plaintiff, Estate of Andrew W. Hayes, respectfully requests that this Honorable Court reconsider its decision on Plaintiff's Motion to Join American Fitness Beverage Wholesalers Ltd. (hereinafter "AFB") as a party defendant. Plaintiff Motion to Join was recently denied without prejudice by this Court.

The reasons for this motion are contained in the attached brief entitled "Reply to AFB's Objection to Motion to Join", which was filed in response to AFB's Objection to the Motion to Join AFB as a party defendant. As demonstrated in the attached brief, AFB, and its alter ego, have engaged in fraudulent conduct in order to conceal both the existence of AFB and the relationship between AFB and Cabot Industries. Discovery to date has revealed that AFB and

[Margin annotation: DENIED, without prejudice, because the plaintiff's reply (Doc. # 68) was not timely filed. It is so ordered.
Alvin W. Thompson, U.S.D.J.    Hartford, CT    3/27/2004]