FILED

2004 MAR 18 P 12:02

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RALPH K. HAYES, ADMR.          :

V.                             :   NO. 3:00 CV 1504 (AWT)

INVIGORATE INTERNATIONAL, INC.:
ET AL.                         :   MARCH 17, 2004

### MOTION FOR EXTENSION OF TIME

Pursuant to Fed.R.Civ.Proc. Rule 7 and L.Civ.R. 7(a)(1) and 7(b)(1), American Fitness Beverage respectfully moves the Court for an extension of time of thirty (30) days, up to and including April 30, 2004, within which to respond to the plaintiff's Motion to Reconsider Motion to Join AFB and Reply to AFB's Objection.

Local Rule 7(a) permits a party twenty-one (21) days from the filing of a motion to submit any brief in opposition thereto. Local Rule 7(b)(1) provides for an extension of time, not to exceed thirty (30) days, beyond that initial twenty-one (21) day period, with regard to the date for filing a motion addressed to the complaint.

**DENIED, as moot.**
**It is so ordered.**

FILED 2004 MAR 27 P 4:06

Alvin W. Thompson, **U.S.D.J.**
~~Hartford, CT~~   3/27/04

O'KEEFE, PHELAN & JACKSON • ATTORNEYS AND COUNSELLORS AT LAW
36 RUSS STREET • HARTFORD, CT. 06106-1571 • (860) 278-4040 • JURIS NO. 44174