**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

**KEVIN F. ROWE**
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**MARY WIGGINS**
DEPUTY-IN-CHARGE

Estate of Andrew W. Hayes, etal

V.                            Case Number:   3:00cv1504(AWT)

Invigorate Intl Inc, etals


             Notice to  Clerk, District Court,
              for the District of **Eastern PA**
              --------------------


Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Hartford, Connecticut, April 8, 2004.


                    KEVIN F. ROWE, CLERK

                    By: __/s/_____
                         Bonnie P. D'Onofrio
                         Deputy Clerk


Enclosures


This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on _____


Assigned case number: _____


This case was received by: _____