CERTIFICATION

      This is to certify that a copy of the foregoing Defendant Paramount Health & Fitness, Inc.'s Motion for Articulation/Clarification of Court's February 9, 2004 Order, Order, and Memorandum of Law in Support of Motion for Articulation/Clarification of Order and attached exhibits was mailed this date, postage prepaid, to the following counsel of record:

William T. Salzer, Esq.
Swartz Campbell, LLC
1601 Market Street, 34th Floor
Philadelphia, PA  19103

Patrick J. Day, Esq.
Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1352
New London, CT 06320-1351

Rocco Conte, Esq.
O'Connor, McGuinness, Conte, Doyle & Oleson
One Barker Avenue
Suite 675
White Plains, NY 10601

Christine S. Synodi, Esq.
McCarter & English LLP
755 Main Street
Hartford, CT  06103

C. Thomas Furniss, Esq.
Furniss & Quinn
284 Hudson Street
Hartford, CT  06106

John J. Robinson, Esq.
McCarter & English LLP
185 Asylum Street
36th Floor
Hartford, CT  06103-3495

                                                                  _____
                                                                  Warren L. Holcomb, Esq.