UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANDREW W. HAYES,<br>ADMINISTRATOR, RALPH K. HAYES<br><br>    Plaintiff,<br><br>vs.<br><br>INVIGORATE INTERNATIONAL, INC.,<br>CABOT INDUSTRIES, L.L.C., PARAMOUNT<br>HEALTH & FITNESS, INC., JBN ENTER-<br>PRISES, INC., JNG SPORTS SUPPLEMENT<br>DISTRIBUTOR, INC.<br>    Defendants. | *<br>*  CIVIL NO.<br>*  3:00 CV 1504 (AWT)<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  October 13, 2004<br>* |

NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that Defendant has manually filed the following documents: Exhibits A through E attached to the Motion for Articulation/Clarification of Court's February 9, 2004 Order.

This document has not been filed electronically because the documents cannot be converted to an electronic format.

 

_____
Warren L. Holcomb, Esquire
Fed. I.D. #13127
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
(203) 783-1200
wholcomb@bmdlaw.com

CERTIFICATION

      This is to certify that a copy of the foregoing Notice of Mailing was mailed this date, postage prepaid, to the following counsel of record:

William T. Salzer, Esq.
Swartz Campbell, LLC
1601 Market Street, 34th Floor
Philadelphia, PA  19103

Patrick J. Day, Esq.
Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1352
New London, CT 06320-1351

Rocco Conte, Esq.
O'Connor, McGuinness, Conte, Doyle & Oleson
One Barker Avenue
Suite 675
White Plains, NY 10601

Christine S. Synodi, Esq.
McCarter & English LLP
755 Main Street
Hartford, CT  06103

C. Thomas Furniss, Esq.
Furniss & Quinn
284 Hudson Street
Hartford, CT  06106

John J. Robinson, Esq.
McCarter & English LLP
185 Asylum Street
36th Floor
Hartford, CT  06103-3495

                                              _____//s//_____
                                              Warren L. Holcomb, Esq.