UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANDREW W. HAYES, ADMINISTRATOR, RALPH K. HAYES <br> Plaintiff, | * <br> * <br> * <br> * | CIVIL NO. 3:00 CV 1504 (AWT) |
| vs. | * <br> * | |
| INVIGORATE INTERNATIONAL, INC., CABOT INDUSTRIES, L.L.C., PARAMOUNT HEALTH & FITNESS, INC., JBN ENTER-PRISES, INC., JNG SPORTS SUPPLEMENT DISTRIBUTOR, INC. <br> Defendants. | * <br> * <br> * <br> * <br> * <br> * | December 13, 2004 |

SUPPLEMENTAL BRIEF IN SUPPORT OF
DEFENDANT PARAMOUNT HEALTH & FITNESS, INC.'S
MOTION FOR ARTICULATION/CLARIFICATION
OF COURT'S FEBRUARY 9, 2004 ORDER

On November 29, 2004, the District Court for the Eastern District of Pennsylvania issued an Order denying the plaintiff's motion to preclude or enjoin defendant Paramount Health & Fitness, Inc. (Paramount) from requesting clarification of this Court's February 9, 2004 Order (D. Conn. Doc. No. 67) and left the issue of the merits of Paramount's motion for articulation/clarification to the discretion of the United States District Court for the District of Connecticut.  A copy of said Order is attached as Exhibit A)

In the memorandum of law in opposition to the plaintiff's motion for articulation/clarification of this Court's Order dated February 9, 2004, the plaintiff argued

that <u>Toliver v. County of Sullivan</u>, 957, F2d 47 (1992) by analogy precluded this Court from granting defendant's Paramount's motion for clarification/articulation of its prior Order absent permission from the District Court for the Eastern District of Pennsylvania where this case has been transferred to.  While Paramount maintains that the reasoning of <u>Toliver</u> does not apply here, even assuming *arguendo* that it does, by its Order of November 29, 2004, Exhibit A, the transferee court has given its permission to this Court to decide Paramount's motion for articulation/clarification.

      Paramount urges this Court to grant said motion and to clarify its prior Order of April 8, 2004 by articulating whether or not it found that the Connecticut District Court had personal jurisdiction over defendant Paramount in ordering this case transferred to the Eastern District of Pennsylvania.

                          Respectfully submitted on behalf of
                          Defendant Paramount Health & Fitness, Inc.


                          By_____//s//_____
                              Warren L. Holcomb, Esq.
                              Fed. Bar No.  ct13127
                              Berchem, Moses & Devlin, P.C.
                              75 Broad Street
                              Milford, CT 06460
                              (203) 783-1200
                              wholcomb@bmdlaw.com

Of counsel:

William T. Salzer, Esq.
Swartz Campbell LLC
1601 Market Street, 34th Floor
Philadelphia, PA  19103
(215) 564-5190
Attorney for Defendant, Paramount Health
  &amp; Fitness, Inc.

20186-26

3