CERTIFICATION

       This is to certify that a copy of the foregoing Supplement in Support of Defendant Paramount Health & Fitness, Inc.'s Motion for Articulation/Clarification of Court's February 9, 2004 Order, postage prepaid, this 13th day of December, 2004 to the following counsel of record:

Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320-1351

William T. Salzer, Esq.
Swartz Campbell, LLC
1601 Market Street, 34th Floor
Philadelphia, PA 19103

Rocco Conte, Esq.
O'Connor, McGuinness, Conte, Doyle & Oleson
One Barker Avenue
Suite 675
White Plains, NY 10601

C. Thomas Furniss, Esq.
Furniss & Quinn
284 Hudson Street
Hartford, CT 06106

David Ng, Esq.
305 Broadway, Suite 3101
New York, NY 10007

Alyssa A. Lopiano-Reill, Esq.
641 Market Street
Bangor, Northhampton County, PA 18012

Brett J. Riegel, Esq.
717 Sarah Street
Stroundsbury, PA 18360

James P. Hsdden, Esq.
Mark O'Neill, et al
1880 J.F.K. Blvd., St. 1200
Philadelphia, PA  19103

                                                  //s//_____
                                                  Warren L. Holcomb, Esq.