IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH K. HAYES, Administrator of the ESTATE OF ANDREW W. HAYES<br><br>Plaintiff,<br><br>vs.<br><br>INVIGORATE INTERNATIONAL, INC., CABOT INDUSTRIES, LLC., PARAMOUNT HEALTH & FITNESS, INC., JNG SPORTS, JNG SPORTS SUPPLEMENT DISTRIBUTORS, INC. and JUST NATURAL GROWTH SPORTS SUPPLEMENT DISTRIBUTORS, INC.:<br><br>Defendants<br><br>vs.<br><br>MURRAY WICHARD, MARIE BERINGER and LESTER CAESAR,<br><br>Additional Defendant. | CIVIL ACTION<br>NO. 3:00 - CV - 1504 (AWT)<br><br><br><br><br><br><br><br><br><br><br><br>October 13, 2004 |

DENIED, as moot, based on the report by the defendants' counsel that the underlying case in the Pennsylvania has settled. It is so ordered.

/s/ Alvin W. Thompson

03/30/2006

Filed Hartford, CT 2006 MAR 30 P 2:32

### DEFENDANT, PARAMOUNT HEALTH & FITNESS, INC.'S MOTION FOR ARTICULATION/ CLARIFICATION OF COURT'S FEBRUARY 9, 2004 ORDER

Defendant Paramount Health & Fitness, Inc. ("Paramount"), by its undersigned counsel, hereby submits this motion for articulation or in the alternative pursuant to Fed. R. Civ. P.60 for clarification of the Court's February 9, 2000 Order in this action. In support of this motion, Paramount represents as follows:

1. On February 12, 2003, Paramount filed its Motion to Dismiss the Complaint for lack of personal jurisdiction. On September 22, 2003, this Court entered a minute

G:\20\20186\26\pleadings\P Mot Clarification 10-7-04.doc